NO. 17-60088

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

STATE OF TEXAS and TEXAS COMMISSION ON ENVIRONMENTAL
QUALITY; and LUMINANT GENERATION COMPANY LLC, BIG BROWN
POWER COMPANY LLC, SANDOW POWER COMPANY LLC, and
LUMINANT MINING COMPANY LLC,

*Petitioners*,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
and SCOTT PRUITT, Administrator,
United States Environmental Protection Agency,

*Respondents*.

**DECLARATIONS IN SUPPORT OF MOTION FOR LEAVE TO
INTERVENE BY SIERRA CLUB**

Mary Whittle
Earthjustice
3904 Bonnell Drive
Austin, TX 78731
(512) 537-2791 (phone)
mwhittle@earthjustice.org

Thomas Joseph Cmar
Earthjustice
1101 Lake Street, Ste. 405B
Oak Park, IL  60301
(312) 257-9338 (phone)
tcmar@earthjustice.org

Joshua D. Smith
Sierra Club
2101 Webster Street
Oakland, CA 94612
(415) 977-5560 (phone)
(510) 208-3140 (facsimile)
joshua.smith@sierraclub.org

*Counsel for Sierra Club*

Filed:  March 15, 2017

## CERTIFICATE OF SERVICE

On this 15th day of March, 2017 a true and correct copy of the foregoing

Declarations in Support of Motion For Leave To Intervene By Sierra Club was

filed with the electronic case filing (ECF) system of the U.S. Court of Appeals for

the Fifth Circuit, which will provide electronic notice to counsel of record.


*s/ Joshua D. Smith*
Joshua D. Smith

# DECLARATION OF WILTON ADAMS

I, Wilton Adams, declare as follows:

1.     My name is Wilton Adams, and I am over 21 years of age and competent to give this declaration. All information herein is based on my own personal knowledge unless otherwise indicated.

2.     I am an active member of the Sierra Club and have been since August 2007. I joined the Sierra Club because I own a business and work near the Martin Lake power plant, and I want to breathe cleaner air.  I strongly support the Club's efforts to protect the environment and human health from air pollution and to force major sources of air pollution to clean up their emissions.

3.      I own and operate an automobile salvage business at 13978 Highway 43 E, in Tatum, Texas, which is in Rusk County at the corner of Highway 43 and Farm to Market Road 2658, less than two miles away from the Martin Lake power plant. I have worked at this same location for approximately 34 years.  Before that, I grew up at the same address.  Until about two years ago, I worked six days a week at this address.  Now, I work five days a week.

4.     I can see the stacks at the Martin Lake power plant from my auto salvage and repair shop, and I regularly see plumes of dark smoke or steam exhaust coming from the stacks.  It is distressing to see plumes coming from the stacks because they are not only an eyesore, but it means that the plant is blanketing our property

1

with air pollution and soot.  In fact, I often see a layer of fine, grayish, soot-colored dust on the cars in our lot, the tree foliage, and on the property itself.  The plumes of pollution are especially distressing on still days without very much wind, when the pollution just settles in the area, making everything hazy.

5.      I am deeply concerned about the health impacts of breathing air pollution from the power plant all day long, every day.  I do not believe it is safe.  I am aware that coal-burning power plants like Martin Lake release a variety of harmful chemicals, such as sulfur dioxide, which poses a serious risk to public health, including mine.

6.      I am also aware that sulfur dioxide emissions contribute to the formation of particulate matter pollution, which can penetrate deep into the lungs, leading to a range of respiratory problems.

7.      In fact, over the approximately 34 years I've owned and worked at the auto salvage yard, I have developed serious respiratory problems and often find it difficult to breathe through my nasal passages.  When I can breathe, I no longer have any sense of smell.  I believe my difficulty breathing and inability to smell is related to air pollution, and sulfur dioxide emissions in particular, from the power plant.

8.      As I understand it, the EPA issued a rule finding in December 2016, that the area surrounding the Martin Lake power plant in Rusk County fails to comply with

EPA's national ambient air quality standard for sulfur dioxide.  My business is located in the area that EPA determined is not attaining the standard, which as I understand it, means that I am breathing harmful levels of sulfur dioxide while I am at work.  It's also my understanding that because of EPA's rule, sources of sulfur dioxide pollution in the nonattainment area, including the Martin Lake power plant, will be required to reduce their sulfur dioxide emissions to ensure Rusk County complies with the health-based standard.  I strongly support this aspect of EPA's rule because I believe it will result in cleaner, healthier air for me and my family, friends, employees, customers, and community to breathe.  If EPA's designation is set aside or delayed, I will lose these benefits and the prospect of breathing and enjoying cleaner air.

9.    I support EPA's sulfur dioxide rule because I want to breathe as little pollution from Martin Lake as possible, and I especially do not want to be exposed to sulfur dioxide levels that are unsafe to breathe.  The rule also represents an opportunity to ensure that the State of Texas monitors air quality in my community and to force the state to take meaningful steps to clean up the air pollution that is harming the environment and the community around Martin Lake, including my own health and welfare.

10.    EPA's rules will not only result in air quality, health, and clean air benefits for the community by reducing harmful pollution from the Martin lake Power

plant, but it will directly benefit me by lessening the impacts of sulfur dioxide pollution to my health, my business, my employees, my customers, and my livelihood. The reductions would also result in benefits to my use and enjoyment of my own business property and nearby Martin Lake.

11.    I also understand that EPA's rule is being challenged in court. If litigation against the final rule is successful, or if EPA's protections are reversed or delayed, I will be denied the benefits of the rule.

I declare under the penalty of perjury that the forgoing is true and correct.

Executed on March __13__, 2017.

Wilton Adams

4

## DECLARATION OF LON BURNAM

1.      My name is Lon Burnam.  I am of legal age and competent to give this declaration.  All information herein is based on my own personal knowledge unless otherwise indicated.

2.      I live in Fort Worth, Texas, in Tarrant County.  I have lived in the Fort Worth area since 1953, with the exception of four years, from 1971-75, when I lived primarily in Austin, Texas.

3.      I am a lifetime member of the Sierra Club, and have been an active member since I joined Sierra Club in the late 1970s.  I became a Sierra Club member, in part, because of my concerns regarding air pollution in Texas and Sierra Club's long history of work in this area.  In fact, my father helped establish the Sierra Club's Fort Worth area regional group, which is a division the Lone Star Chapter—Sierra Club's Texas chapter.  My mother was the Lone Star Chapter chairperson during the early 1990s.

4.      I have been clean air and public health advocate since at least the 1970s.  I also spent 18 years in the Texas legislature advocating for clean air, public health, and environmental protections for the Fort Worth community, among other things. I am also an active member of the Downwinders at Risk, a separate organization devoted to protecting air quality in the Dallas-Fort Worth area, which is heavily impacted by air pollution from other parts of the state.  In fact, given my

experience as a legislator and as a clean air advocate, I am very familiar with the primary drivers of harmful air pollution in the Dallas-Fort Worth area, including the impacts from upwind industrial sources, such as cement kilns, refineries, and the several, very large coal-fired power plants in East Texas.

5.     I am an active person, and I like to spend time outdoors walking, hiking, running, and camping.  I am somewhat limited in my ability to recreate, however, due mild chronic asthma, which I've had since I was about nine years old.  I remember asking my mother what was making me sick, and realized later that it was the air in our community.  In fact, when I moved from Fort Worth to Austin from 1971 to 1975, my asthma symptoms improved significantly and, for several years, I had no asthma episodes.  But as soon as I returned to Fort Worth permanently in 1976, the asthma episodes returned, and I've had to take medication and other precautions, such as staying indoors to avoid bad air, to manage it.  I take a daily asthma preventative medication and daily spray inhaler to manage symptoms.  I also carry an emergency inhaler.

6.     It's not uncommon in my city for there to be pollution alert days, especially during the summer months.  On those days, I tend to stay indoors.  And in July and August, I will leave town to leave town completely to visit other areas of the state or other areas of the country that have better air quality.  In fact, just about every

2

summer, I spend a significant amount of money traveling to, and staying in, other places because the air in Fort Worth will make me sick if I stay.

7.     On high pollution days, I also notice that strenuous activity makes it more difficult for me to breathe outside for longer periods.  For this reason, I usually carry an emergency inhaler with me.  I also pay close attention to air pollution levels when I check the weather on various weather websites.  In the summer months, on bad air pollution days, a dull, grayish layer of haze can sit over the Fort Worth area.  I can often tell by how the horizon looks if it's going to be a pollution alert day. On the days when I see alerts about air quality, I spend less time outside.

8.     Beyond my own personal concerns, and the physical and medical harms that are caused by air pollution, I also would like for the sky to be clear and to feel like the air in our community is healthy.  The Fort Worth area has failed to meet clean air safeguards for decades, and it feels like we are stuck in a cycle of bad air quality fueled by heavy reliance on coal-fired energy.  There are clean alternatives to the East Texas coal plants.  Indeed, Texas is already the nation's largest wind energy producer, and the state has significant potential for further renewable energy growth, including both wind and solar.  I have become increasingly exasperated that the Texas fossil-fuel energy industry has a strangle hold on the state electricity system, and these companies do not seem to want to take advantage of cleaner renewable technology that would improve air quality for

millions of Texans, but instead apparently want to run many of their outdated, uncontrolled coal plants for as long as possible.

9.    While I hope that the Texas industry continues to shift to cleaner energy, at a minimum, I want to see many of the massive East Texas coal-fired power plants clean up their emissions.  Several of those power plants have been running since the mid-1970s, and have virtually no pollution controls.

10.    Based on my experience as a clean air advocate and from studying public information, I understand that sulfur dioxide ("$SO_2$") emitted from industrial sources such as coal-burning power plants can harm human health.  I also understand that $SO_2$ pollution may travel long distances.

11.    I also understand that $SO_2$ can contribute to the formation of fine particulate matter, which can penetrate deep into the lungs and cause a host of health problems, including aggravated asthma, chronic bronchitis, and heart attacks.  It's also my understanding that this particulate matter can be transported far downwind to contribute to poor air quality in places like Fort Worth and Dallas. In fact, I have reviewed air modeling reports that show that $SO_2$ pollution and associated particulate matter from the coal-fired power plants in East Texas—and the Big

Brown, Martin Lake, Monticello, and Limestone power plants, in particular—have

significant adverse impacts to air quality and public health in the Fort Worth area.[1]

12.    Because I breathe the air in Fort Worth, I am likely exposed to air pollution

from those East Texas coal plants, including particulate matter pollution from the

Big Brown, Martin Lake, Monticello, and Limestone power plants, each of which

has no pollution control for $SO_2$, or lacks modern, more effective control

technology.

13.    I am concerned about being exposed to excess and harmful particulate

matter pollution caused by $SO_2$ emissions from the East Texas coal plants because

it can endanger my health, aggravate my asthma, and it contributes to the poor air

quality and hazy skies in Forth Worth.

14.    I am aware that the U.S. Environmental Protection Agency ("EPA") recently

designated the counties surround the Big Brown, Martin Lake, and Monticello

coal-fired power plants as failing to attain, or being in "nonattainment" with, the

National Ambient Air Quality Standard ("NAAQS") for $SO_2$.

15.    It's also my understanding that air quality in the Fort Worth area stands to

benefit from EPA's nonattainment designations because the rule will ultimately

require major sources of pollution in the nonattainment areas, including the Big

---

[1] *See, e.g.*, Ex. A, Report of Dr. George Thurston at 16-18 (Apr. 18, 2015) (filed in EPA Docket No. EPA-R06-OAR-2014-0754-0071); Ex. B, Report of Dr. H. Andrew Gray at 25 (Apr. 20, 2015) (filed in EPA Docket No. EPA-R06-OAR-2014-0754).

5

Brown, Martin Lake, and Monticello power plants, to reduce their sulfur dioxide emissions to ensure compliance with national health-based standard. I support these aspects of EPA's nonattainment designations because it will result in less $SO_2$ pollution from these power plants, which means less $SO_2$ and particulate matter pollution travelling downwind to Fort Worth, and therefore cleaner, healthier air for me, my family, and my community to breathe. If EPA's designations are rescinded or set aside, I will lose these the benefit of breathing and enjoying cleaner air, and will continue to be exposed to excessive pollution that aggravates my respiratory illness and causes me harm.

16.     I understand that Texas and the power plants at issue have filed suit challenging EPA's nonattainment designations, and that Sierra Club is intervening to defend EPA's rule. To protect my health, I strongly support Sierra Club's lawsuit in order to require the state and the Big Brown, Martin Lake, and Monticello power plants to take all legally required steps to ensure that $SO_2$ pollution does not exceed safe levels.

17.     I also understand that EPA, in this same rulemaking, failed to assure that the Limestone power plant, in combination with the Big Brown power plant's pollution, does not cause violations of the $SO_2$ NAAQS in Freestone and Limestone Counties, despite evidence that such violations are occurring. If EPA had considered the impacts from the Limestone power plant, it is my understanding

that power plant would also be required to reduce its SO2 pollution, which would result in even greater downwind air quality benefits for me and the Fort Worth area.

18.   I further understand that Sierra Club has filed a separate lawsuit challenging EPA's failure to assure that $SO_2$ pollution concentrations in Limestone and Freestone Counties are safe.  I support that lawsuit in order to require the state and the Limestone to reduce $SO_2$ pollution that is adversely impacting me and my community.

Pursuant to U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  March 3  2017.

Lon Burnam

Exhibit A to Decl. of Lon Burnam

WRITTEN REPORT OF GEORGE D. THURSTON
REGARDING THE PUBLIC HEALTH BENEFITS OF EPA'S PROPOSED RULEMAKING
REGARDING TEXAS AND OKLAHOMA REGIONAL HAZE

RE: ENVIRONMENTAL PROTECTION AGENCY,
Approval and Promulgation of Implementation Plans; Texas and Oklahoma; Regional Haze State
Implementation Plans; Interstate Transport State Implementation Plan To Address Pollution
Affecting Visibility and Regional Haze; Federal Implementation Plan for Regional Haze and
Interstate Transport of Pollution Affecting Visibility, 79 Fed. Reg. 74,818 (Dec. 16, 2014),
EPA Docket No. EPA-R06-OAR-2014-0754

April 18, 2015

I, George D. Thurston, declare and state as follows:

1. My name is George D. Thurston, and I am Professor of Environmental Medicine at the New York University (NYU) School of Medicine. My environmental health business address is located at 3 Catherine Ct., Chester, NY 10918. I am over the age of 18 years and I am competent to testify concerning the matters in this affidavit.

2. I have a Bachelor of Science degree in Engineering from Brown University, and a Masters and Doctorate of Environmental Health Sciences from the Harvard University School of Public Health. I have over 25 years of subsequent experience in the evaluation of the human health effects of air pollution. I have served on the U.S. Environmental Protection Agency's Clean Air Scientific Committee (CASAC) that advises the EPA on the promulgation of ambient air quality standards from 2007 through 2010, and I have served on the National Academy of Science's Committee on the Health Effects of Incineration from 1995 through 1999. I have published extensively regarding the health effects of inhaled air pollutants on humans, particularly as it relates to asthma attacks, hospital admissions, and mortality, in prominent scientific journals, such as <u>Science,</u> <u>Lancet,</u> <u>Thorax,</u> and <u>The Journal of the American Medical Association</u> (JAMA). I have also been called upon by both the U.S. House of Representatives and the U.S. Senate on multiple occasions in recent decades to provide testimony before them regarding the human health effects of air pollution, most recently on October 10, 2010. A statement of my qualifications is attached to my affidavit as Exhibit T-1.

3. This declaration is submitted in response to the U.S. EPA's request for comments on its proposed Federal Implementation Plan (FIP) for Texas and Oklahoma Regional Haze. *See* U.S. Environmental Protection Agency, Approval and Promulgation of Implementation Plans; Texas and Oklahoma; Regional Haze State Implementation Plans; Interstate Transport State Implementation Plan To Address Pollution Affecting Visibility and Regional Haze; Federal Implementation Plan for Regional Haze and Interstate Transport of Pollution Affecting Visibility; Proposed Rule, 79 Fed. Reg. 74,818 (Dec. 16, 2014), EPA Docket No. EPA-R06-OAR-2014-0754.

4. The purpose of this report is to document the adverse human health effects that are associated with exposures to air pollutants from fossil fuel-fired utility power plants generally, and in particular, the adverse human health effects that will be avoided by the application of EPA's proposed sulfur dioxide ($SO_2$) emission limits for 14 individual electric generating units (EGU)

at seven power plants in Texas.[1]

5.  This report documents how emissions from these 14 EGUs contribute to the serious and well-documented adverse human health effects known to be associated with exposure to air pollution from fossil fuel-fired utility plants.  The documentation I present confirms this conclusion, including both epidemiological and toxicological evidence that I and others have published in the medical and scientific literature.   In this work, I also rely upon other expert reports submitted by Andrew Gray.  Applying this information to the U.S. EPA approved Environmental Benefits Mapping and Analysis Program (BenMAP) model, I then provide calculations of the excess adverse human health impacts that would occur each year if EPA's proposed reasonable progress controls for these 14 Texas EGUs are not installed, as well as the annual economic valuation of those health impacts.  I also evaluate the avoided public health impacts that would result from the application of comparable $SO_2$ emission limitations at seven additional individual EGUs located at two additional (Welsh and Parish) power plants.

## BACKGROUND

6.   The adverse health consequences of breathing air pollution from sources such as fossil-fuel fired utility power plants are well documented in the published medical and scientific literature. During the past decades, medical research examining air pollution and public health has shown that air pollution is associated with a host of serious adverse human health effects.  This documentation includes impacts revealed by observational epidemiology, and confirmed by controlled chamber exposures, showing consistent associations between air pollution and adverse impacts across a wide range of human health outcomes.

Observational epidemiology studies provide the most compelling and consistent evidence of the adverse effects of air pollution.  "Epidemiology" is literally "the study of epidemics," but includes all statistical investigations of human health and potentially causal factors of good or ill health.  In the case of air pollution, such studies follow people as they undergo varying real-life exposures to pollution over time, or from one place to another, and then statistically inter-compare the health impacts that occur in these populations when higher (versus lower) exposures to pollution are experienced.  In such studies, risks are often reported in terms of a Relative Risk (RR) of illness,

---

[1] EPA also proposes to require the San Miguel power plant to meet a reduced SO2 emission limit.  79 Fed. Reg. at 74,822.  Because that facility recently upgraded its $SO_2$ pollution control equipment, and is currently meeting EPA's proposed limit, that facility is not included in this analysis.

wherein a RR =1.0 is an indication of no change in risk after exposure, while a RR>1.0 indicates an increase in health problems after pollution exposure, and that air pollution is damaging to health.

These epidemiological investigations are of two types: 1) population-based studies, in which an entire city's population might be considered in the analysis; and 2) cohort studies, in which selected individuals, such as a group of asthmatics, are considered. Both of these types of epidemiologic studies have shown confirmatory associations between air pollution exposures and increasing numbers of adverse impacts, including:

   • decreased lung function (a measure of our ability to breathe freely);

   • more frequent asthma symptoms;

   • increased numbers of asthma and heart attacks;

   • more frequent emergency department visits;

   • additional hospital admissions; and

   • increased numbers of deaths.

The fact that the effects of air pollution have been shown so consistently for so many health endpoints, and in so many locales, indicates these associations to be causal.

7. Fine Particulate Matter (PM) is among the key air pollutants emitted by power plants that have been revealed by research to adversely affect human health. These research studies have been conducted for a wide array of geographic areas, including eastern North America. $PM_{2.5}$ air pollution has been carefully studied in recent decades. PM is composed of two major components: "primary" particles, or soot, emitted directly into the atmosphere by pollution sources, and; "secondary" particulate matter, formed in the atmosphere from gaseous pollutants, such as the sulfur oxides (SOx) and nitrogen oxides (NOx) also emitted by coal-fired power plants. After formation in the atmosphere, this secondary PM largely condenses upon the smallest existing primary particles that, collectively, represent the greatest surface area for the secondary PM to condense upon. These particles are very small, commonly having an aerodynamic diameter of less than 1.0 micrometer ($u$m) – a fraction of the diameter of a human hair. For example, after it is released from a smokestack, gaseous SOx is chemically converted in the atmosphere to become sulfate PM.

8. In addition to lung damage, recent epidemiological and toxicological studies of PM air pollution have shown adverse effects on the heart, including an increased risk of heart attacks. For example, when PM stresses the lung (*e.g.*, by inducing edema), it places extra burden on the

heart, which can induce fatal complications for persons with cardiac problems. Indeed, for example, Peters et al. (2001) found that elevated concentrations of fine particles in the air can elevate the risk of Myocardial Infarctions (MI's) within a few hours, and extending 1 day after PM exposure. The Harvard University team found that a 48 percent increase in the risk of MI was associated with an increase of 25 $u$g/m$^3$ PM$_{2.5}$ during a 2-hour period before the onset of MI, and a 69 percent increase in risk to be related to an increase of 20 $u$g/m$^3$ PM$_{2.5}$ in the 24-hour average 1 day before the MI onset (Peters et al., 2001). Numerous other U.S. studies have also shown qualitatively consistent acute cardiac effects, such as the Sullivan et al. (2005) study of acute myocardial infarctions in King County, Washington; the Zanobetti and Schwartz (2006) study of hospital admissions through emergency departments for myocardial infarction (ICD-9 code 410); and the Zanobetti et al. (2009) study that examined the relationship between daily PM$_{2.5}$ concentrations and emergency hospital admissions for cardiovascular causes, myocardial infarction, and congestive heart failure in 26 U.S. communities during 2000-2003.

9. Cardiac effects at the biological level have also been documented in both animal and human studies. Animal experiments at Harvard University by Godleski et al. (1996, 2000) indicate that exposures to elevated concentrations of ambient PM can result in cardiac related problems in dogs that had been pre-treated (in order to try to simulate sensitive individuals) to induce coronary occlusion (i.e., narrowed arteries in the heart) before exposing them to air pollution. The most biologically and clinically significant finding was that, in these dogs, the PM affected one of the major electrocardiogram (ECG) markers of heart attacks (myocardial ischemia) in humans, known as elevation of the ST segment. Cardiac effects at the biological level have been found in human studies, as well. For example, Pope et al. (1999) and Gold et al. (1999) found that PM exposure is associated with changes in human heart rate variability. Such changes in heart rate variability (HRV) may reflect changes in cardiac autonomic function and risk of sudden cardiac death. In the Pope et al. study, repeated ambulatory ECG monitoring was conducted on 7 subjects for a total of 29 person-days before, during, and after episodes of elevated pollution. After controlling for differences across patients, elevated particulate levels were found to be associated with (1) increased mean heart rate, (2) decreased SDNN, a measure of overall HRV, (3) decreased SDANN, a measure that corresponds to ultra-low frequency variability, and (4) increased r-MSSD, a measure that corresponds to high-frequency variability. This confirms, at the individual level, that biological changes do occur in heart function as a

result of PM exposure, supporting the biological plausibility of the epidemiological associations between PM exposure and cardiac illnesses.

10.   Epidemiologic research conducted on U.S. residents has indicated that acute exposure to PM air pollution is associated with increased risk of mortality.  A nationwide time-series statistical analysis by the Health Effects Institute (HEI, 2003) of mortality and $PM_{10}$ air pollution in 90 cities across the US indicates that, for each increase of 10 $ug/m^3$ in daily $PM_{10}$ air pollution concentration, there is an associated increase of approximately 0.3% in the *daily* risk of death. While a 0.3 % change in the daily death risk may seem small, it is important to realize that such added risks apply to the entire population, and accumulate day after day, week after week, and year after year, until they account for thousands of needless daily deaths from air pollution in the U.S. each year.  Indeed, I concur with the most recent U.S. EPA Particulate Matter Integrated Science Assessment (ISA) (USEPA, 2009), which unequivocally states that "Together, the collective evidence from epidemiologic, controlled human exposure, and toxicological studies is sufficient to conclude that *a causal relationship exists between short term exposures to $PM_{2.5}$ and cardiovascular effects . . . and mortality.*"[2]

11.   In addition to the acute health effects associated with daily PM pollution, long-term exposure to fine PM is also associated with increased lifetime risk of death and has been estimated to take years from the life expectancy of people living in the most polluted cities, relative to those living in cleaner cities.  For example, in the Six-Cities Study (which was a key basis for the setting of the original $PM_{2.5}$ annual standard in 1997), Dockery et al. (1993) analyzed survival probabilities among 8,111 adults living in six cities in the central and eastern portions of the United States during the 1970's and 80's.  The cities were: Portage, WI (P); Topeka, KS (T); a section of St. Louis, MO (L); Steubenville, OH (S); Watertown, MA (M); and Kingston-Harriman, TN (K).  Air quality was averaged over the period of study in order to study long-term (chronic) effects.  As shown in Figure 1, it was found that the long-term risk of death, relative to the cleanest city, increased with fine particle exposure, even after correcting for potentially confounding factors such as age, sex, race, smoking, etc.

---

[2] U.S. Environmental Protection Agency (2009a) (emphasis added).



Figure 1.  The Harvard Six-Cities Study showed that the lifetime risk of death increased across 6
U.S. cities as the average fine PM levels increased. (Source: Dockery et al., 1993).

In addition, a study that I wrote with co-authors, published in the Journal of the American
Medical Association (JAMA), shows that long-term exposure to combustion-related fine
particulate air pollution is an important environmental risk factor for cardiopulmonary and lung
cancer mortality.  Indeed, as shown in Figure 2, this study indicates that the increase in risk of
lung cancer from long-term exposure to $PM_{2.5}$ in a city like New York was of roughly the same
size as the increase in lung cancer risk of a non-smoker who breathes passive smoke while living
with a smoker, or about a 20% increase in lung cancer risk. *See* Pope, CA, et al., 2002.



Figure 2.  Cardiopulmonary and lung cancer mortality risks increase monotonically with
exposure to long-term fine PM  (Adapted from: Pope, Burnett, Thun, Calle, Krewski,
Ito, and Thurston, 2002)

13.  Most studies evaluate whether rising air pollution levels worsen health, but it has also been
shown that reducing pollution in the air can result in health benefits to the public.  For example,
Pope (1989) conducted a compelling study clearly showing that, when pollution levels diminish,
the health of the general public improves.  He investigated a period during the winter of 1986-87
when the Geneva Steel mill in the Utah Valley shut down during a strike.  The PM levels
dropped dramatically in that strike-year winter, as opposed to the winters preceding and
following when the steel mill was in operation.  As shown in Figure 3 below, hospital admissions
in the valley showed the same pattern as the PM air pollution, decreasing dramatically during the
strike.  As a control, Pope also examined the pollution and hospital admissions records in nearby
Cache Valley, where the mill's pollution was not a factor, and no such drop in respiratory
admissions was seen, showing that the drop in admissions in the Utah Valley was not due to
some cause other than the reduction in the air pollution levels.



Figure 3.  Decreasing PM pollution lowered the number of children's hospital admissions (Source: Pope, 1989).

14.  These studies of the health improvements associated with decreases in $PM_{2.5}$ pollution show that any reduction can be expected to result in commensurate health benefits to the public at ambient levels, even where the National Ambient Air Quality Standards (NAAQS) are already met.  A follow-up analysis of the Harvard Six-Cities Study cohort discussed earlier (Dockery et al., 1993), published in the March 15, 2006 issue of The American Journal of Respiratory and Critical Care Medicine (Laden et al., 2006), shows that mortality is decreased by lowering PM pollution.  This study was carried out in the same six metropolitan areas evaluated in the earlier study, study participants' ages ranged from 25 to 74 at enrollment in 1974, and the scientists tracked both PM air pollution and mortality through 1998 in these populations.  The Laden study found that improved overall mortality (i.e., a risk ratio significantly below 1.0) was associated with decreased mean $PM_{2.5}$ over the study follow-up time (RR = 0.73; 95% per 10 µg/m$^3$, CI = 0.57-0.95).  In other words, for each decrease of 1 µg/m$^3$ of $PM_{2.5}$, the overall death rate from causes such as cardiovascular disease, respiratory illness and lung cancer decreased by nearly 3% (i.e., 10 µg/m$^3$ x 2.7% = 27% decrease, or RR=0.73).  The study also found that people who are exposed to lower pollution live longer than they would if they were exposed to higher pollution. Francine Laden, the study's lead author, explained its key findings in the March 21, 2006 issue of the New York Times: "For the most part, pollution levels are lower in this country than they were in the 70's and 80's," and "the message here is that if you continue to decrease them, you

9

will save more lives."[3] "Consistently," Dr. Laden said, "in the cities where there was the most cleanup, there was also the greatest decrease in risk of death."

15. Although the Laden study took place in urbanized areas, the same principle can be applied in more rural areas where the air is more pristine: higher concentrations of $PM_{2.5}$, even at very low overall levels, are associated with greater health risks. Indeed, a more recent Canadian national-level cohort study, Crouse et al. (2012), has shown that the adverse effects of air pollution extend down to very low levels of $PM_{2.5}$. These investigators calculated hazard ratios (i.e., risk ratios) and 95% confidence intervals (CIs), adjusted for available individual-level and contextual covariates, finding a relative risk (or hazard ratio) of 1.30 (95% CI: 1.18, 1.43) for cardiovascular mortality from Cox proportional hazards survival models with spatial random-effects. Figure 4, taken from the Crouse study, illustrates the finding that mortality risk decreases with decreasing levels of $PM_{2.5}$, even at ambient $PM_{2.5}$ levels down to 1 µg/m$^3$.



Figure 4. Cardiovascular Mortality Risk vs. $PM_{2.5}$ exposure (solid line) and 95% CIs (dashed lines), showing increasing risk of death with increasing $PM_{2.5}$, even at very low ambient levels of $PM_{2.5}$ air pollution (from Crouse et al., 2012).

---

[3] Nicholas Bakalar, *Cleaner Air Brings Drop in Death Rate*, New York Times (Mar. 21, 2006), pg F7.

16.  Although published too late to be considered by the U.S. EPA in their 2013 standard setting process, the 2012 Crouse results indicate that the mortality effects of $PM_{2.5}$ air pollution can occur at even lower ambient air pollution levels than shown by Pope et al. 2002, and even lower levels than that at which the U.S. EPA assumed the effects of $PM_{2.5}$ to exist in its 2012 Regulatory Impact Assessment for the revised annual PM NAAQS (U.S. EPA, 2012).  These results confirm that, even in places where background air is relatively clean, small changes in air pollution concentration can have population health impacts.

17.  As these studies show, there is no convincing evidence to date showing that there is any threshold below which such adverse effects of PM air pollution will not occur.  This lack of a threshold of effects indicates that any reduction in air pollution can be expected to result in commensurate health benefits to the public at ambient levels.

18.  Sulfur oxide (SOx) exposures have also been associated with adverse health effects, in addition to leading to the secondary formation of $PM_{2.5}$ in the atmosphere.  As concluded in the most recent U.S. EPA Risk and Exposure Assessment Report for $SO_2$ (EPA-452/R-09-007), research studies have provided scientific evidence that is sufficient to infer a similar relationship to also exist between short-term (e.g., daily) $SO_2$ exposure and adverse effects on the respiratory system. This finding of a causal relationship between $SO_2$ exposure and increased respiratory morbidity is supported by a large body of recent epidemiologic evidence, as well as by findings from human and animal experimental studies. These epidemiologic and experimental studies encompass a number of endpoints, including ED visits and hospitalizations, respiratory symptoms, airway hyperresponsiveness, and lung function (U.S. EPA, 2009).

19.  Overall, there is a consistency between the epidemiologic study associations and experimental study results, supporting the conclusion that 1) there is indeed a cause-effect relationship between air pollution and negative health effects; and, 2) there is no known threshold below which no effects are experienced.  Thus, reductions in air pollution result in commensurate improvements in public health.

**METHODS**

20.  The U.S. EPA-approved Environmental Benefits Mapping and Analysis Program (BenMAP) is a Windows-based computer program that uses a Geographic Information System (GIS)-based method to estimate the health impacts and economic benefits occurring when populations experience changes in air quality (Abt Associates, 2010; U.S. EPA, 2015).  Analysts have relied upon BenMAP to estimate the health impacts from air quality changes at the city and regional scale, both within and beyond the U.S.  A copy of my BenMAP certification is attached as Exhibit T-2.  Some of the purposes for which BenMAP has been used include the following:

  • Generation of population/community level ambient pollution exposure maps;

  • Comparison of benefits across multiple regulatory programs;

  • Estimation of health impacts associated with exposure to existing air pollution concentrations;

  • Estimation of health benefits of alternative ambient air quality standards.

21.  BenMAP is primarily intended as a tool for estimating the health impacts, and associated economic values, associated with changes in ambient air pollution, as we apply it here. It accomplishes this by computing health impact functions that relate a change in the concentration of a pollutant with a change in the incidence of a health endpoint.

22.  Inputs to health impact functions in this work included:

  • The change in ambient air pollution level (as provided by Andrew Gray, of Gray Skies Solutions);

  • Pollutant health effect estimates (based upon the scientific literature and present EPA practice);

  • The exposed population, on a county basis, as provided in the BenMAP model; and,

  • The baseline incidence rate of the health endpoint, on a county basis, as provided in the BenMAP model.

For example, in the case of a premature mortality health impact function, the BenMAP calculation can be represented, in a simplified form, as:

**Mortality Change = (Air Pollution Change) * (Air Pollution Mortality Effect Estimate) * (Mortality Incidence)* (Exposed Population)**

  • **Air Pollution Change**. The air quality change is calculated as the difference between the starting air pollution level, also called the baseline, and the air pollution level after

some change, such as that caused by a regulation. In the case of particulate matter, this is typically estimated in micrograms per meter cubed ($\mu g/m^3$). In this analysis, these concentrations were provided on a county-by-county population weighted centroid basis.

• **Mortality Effect Estimate**. The mortality effect estimate is an estimate of the percentage change in mortality due to a one unit change in ambient air pollution. Epidemiological studies provide a good source for effect estimates.[4] In this Report, since the choice of mortality effect study has such a large influence on the valuation of the adverse health impacts avoided by applying EPA's proposed emission limits, I have presented (in Table 1) several BenMAP estimates for the mortality effect estimate, ranging from the lower end of estimates (Krewski et al., 2009), the higher end (Laden et al, 2007), and an intermediate estimate (Lepeule et. al, 2012). However, for breakdowns in adverse effects, in order to show the distribution of the effects benefits of the EPA FIP (e.g., between states, power plants, or metropolitan areas, as in Tables 2-4), I present results using only the low mortality effect estimate (Krewski et al, 2009) to simplify comparisons. This conservative (lowest benefit estimate) choice of the ACS Cohort studies to evaluate mortality benefits of EPA's proposed emissions reductions is consistent with the estimate used by EPA in the agency's prior nationwide analysis of the health benefits of Best Available Retrofit determinations under the Regional Haze Regulations.[5] This choice of a specific mortality study does not affect the *relative* comparisons between states, power plants, etc., which would remain the same irrespective of mortality effect estimate choice. It should be noted that, if I instead used the higher mortality per $\mu g/m^3$ $PM_{2.5}$ effect estimates from the other two studies in Table 1 (which are also scientifically supportable), the dollar valuation of health benefit estimates in Tables 2 thru 4 would be approximately 2.2 times higher using the Lepeul et al. study mortality effect estimate, or approximately 2.8 times higher using the Laden et al. study mortality effect estimate, across the board. However, the ratios of the *relative* impacts across categories would be unaffected by the choice of mortality impact study effect estimate.

• **Mortality Incidence**. The mortality incidence rate is an estimate of the average number

---

[4] When multiple epidemiological studies are available in BenMAP for a health outcome, multi-study pooled estimates have been made, following recent EPA practice (e.g., USEPA, 2012), and as delineated in Table 1.
[5] EPA, Regulatory Impact Analyis for Final Clean Air Visibility Rule of the Guidelines for Best Available Retrofit Technology (BART) Determinations Under the Regional Haze Regulations, EPA-452/R-05-004 (June 2005), *available at* http://www.epa.gov/oar/visibility/pdfs/bart_ria_2005_6_15.pdf.

of people that die in a given population over a given period of time, as provided in BenMAP. For example, the mortality incidence rate might be the probability that a person will die in a given year.

• **Exposed Population**. The exposed population is the number of people affected by the estimated EPA FIP air pollution reductions, based on Census data for each county within BenMAP.

23. For this work, population-weighted centroid $PM_{2.5}$ concentration impacts from each source in each county in the study states (Arizona, Colorado, Illinois, Kansas, Louisiana, Mississippi, Missouri, New Mexico, Oklahoma, and Texas) were determined by Andrew Gray for the (1) existing emissions; and (2) the FIP-controlled emissions scenarios, respectively. *See* Gray, Visibility and Health Modeling, Technical Support Document to Comments of Conservation Organizations (Apr. 20, 2015), EPA Docket No. EPA-R06-OAR-2014-0754. The arithmetic difference between the two scenario results were calculated (on a plant-by-plant and county-by-county basis) as the concentration reduction associated with the FIP controls, for each plant and county in the study area modeled by Mr. Gray. As outlined in more detail by Andrew Gray in his report, a scaling approach was applied to estimate the incremental $PM_{2.5}$ concentrations attributable to each source unit affected by this EPA action. Mr. Gray modeled gridded annual average $PM_{2.5}$ concentrations for the high and low emission scenarios, which were used to estimate the incremental $PM_{2.5}$ concentration at the population-weighted centroid of each county in Texas and its surrounding states for the control scenarios. These values were entered into BenMAP to estimate the health benefits, and their dollar valuations, associated with the EPA FIP controls on a county-by-county basis for each of nine electrical generating power plant sources. The results for the 7 power plants proposed for control by the EPA FIP were then summed on a cumulative basis (Table 1, with both numbers and valuations, by cause). Furthermore, to allow an indication of the plant-by-plant and spatial distribution of the health and economic benefits from the EPA FIP, the health benefit valuations (summed over all causes, as dollars) were also calculated on a state-by-state (Table 2), plant-by-plant (Table 3), and metropolitan area-specific (Table 4) basis, providing insight into the relative health impacts by specific sources to specific areas benefitting from the pollution control FIP. Note that Table 3 also includes two additional power plants (comprised of seven additional EGUs at Welsh and Parish) for comparison with the proposed control plants, even though they are not included in the EPA FIP proposal. Table 4 also provides the metropolitan area totals for both the 7 plant and the 9 plant cases (i.e., without

vs. with emission limits at Welsh and Parish).  In addition, Exhibit T3 to this report provides a complete breakdown of the annual health benefits associated with the application of EPA's proposed emission limits by individual power plant and health effect.

## RESULTS

24. Using the above-described EPA BenMAP methodology-based analysis, I conservatively estimate the total public health-based economic benefits associated with reductions in ambient $PM_{2.5}$ concentrations as a result of applying EPA's reasonable progress control determination to the 14 individual Texas EGUs (as displayed in Table 1 for all seven electric generating stations, and all states considered, combined) to be between roughly $3 billion and $10 billion per year, overall, primarily depending on the epidemiological study used to determine the $PM_{2.5}$ mortality impacts (*i.e.,* Krewski et al. (low)*,* Lapieule et al. (mid)*,* or Laden et al. (high)).  These impacts reflect the range of potential mortality effects associated with the proposed EPA FIP, depending on the particular study used to estimate the effect per $\mu g/m^3$ $PM_{2.5}$ exposure.  Further breakdowns of Table 1's estimates using only the Krewski et al. study (*i.e.*, the low mortality effect estimate) to estimate total mortality impacts are provided in Tables 2 through 4 of this report: *i*) by electric generating power plant (i.e., for each of the nine power plants over all areas modeled by Andrew Gray); *ii*) for all power plant generating unit impacts collectively by State of impact (i.e., in Arizona, Colorado, Illinois, Kansas, Louisiana, Mississippi, Missouri, New Mexico, Oklahoma, and Texas); and, *iii*) for all power plant generating unit impacts collectively by major metropolitan impact area.

25.  As seen in Table 1, the numbers of adverse health events avoided by application of EPA's proposed $SO_2$ emission limits are dominated by the morbidity events, such as respiratory symptoms, restricted activity days, and work loss days.  In contrast, the dollar valuation of the adverse health events are largely dominated, as would be expected, by the more severe health outcomes, including myocardial infarctions (heart attacks), chronic bronchitis, and (especially) deaths.  As shown in Table 2, on a state-by-state basis, the largest health benefits go to the state in which the power plants are operating (Texas), but, because this pollution can be carried so far downwind, more than one-third of the health benefits would accrue in other (downwind) states.  On a power plant basis (Table 3), it is seen that large health benefits are derived from controlling each the seven plants EPA proposes to regulate under this FIP, with the greatest benefits being derived from controlling the Big Brown, Martin Lake, and Monticello plants. It is also worth

noting that Table 3 illustrates that similarly significant human health benefits would be derived from applying comparable emission limits and controls to the both the Welsh and (especially) the Parish, electric generation stations.  Table 4 makes clear that urban areas in Texas would receive the largest health benefits from the proposed FIP emission controls of these generating stations, but that the benefits stretch long distances downwind, with still very large health benefits in cities as far away as St. Louis, MO and Illinois.  In addition, Table 4 shows that, by including $SO_2$ emission limits at the Welsh and Parish power plants comparable to those proposed at the other seven power plants in the proposed FIP, EPA would double the health benefits achieved in the Houston metropolitan area.

Table 1.  Annual Multi-State Human Health Effects and Monetary Valuations Associated With the $PM_{2.5}$ Air Pollution Avoided by Applying the Federal Implementation Plan for Regional Haze and Interstate Transport of Pollution Affecting Visibility in Oklahoma and Texas

| Health Endpoint | Expected Number Per Year Avoided* | Total Dollar Valuation (2010$)** |
|---|---|---|
| Respiratory Hospital Admissions (Kloog et al., 2012; Zanobetti et al., 2009) | 59[a] | $1,869,000 |
| Cardiovascular Hospital Admissions (Bell et al., 2008; Peng et al., 2008; Peng et al., 2009; Zanobetti et al., 2009) | 58[a] | $2,210,910 |
| Acute Bronchitis (Dockery et al., 1996) | 639 | $307,000 |
| Acute Myocardial Infarction, Nonfatal (Pope et al., 2006; Sullivan et al., 2005; Zanobetti et al., 2009; Zanobetti & Schwartz, 2006) | 38[b] | $4,732,000[c] |
| Emergency Room Visits (Glad et al., 2012; Mar et al., 2010; Slaughter et al., 2005) | 187[b] | $80,000[a] |
| Asthma Exacerbation Symptoms (Mar et al., 2004; Ostro et al., 2001) | 12,021[b] | $694,000 |
| Upper Respiratory Symptoms (Pope et al., 1991) | 11,606 | $386,000 |
| Lower Respiratory Symptoms (Schwartz and Neas, 2000) | 8,140 | $171,000 |
| Minor Restricted Activity Days (Ostro & Rothschild, 1989) | 302,891 | $20,669,000 |
| Work Days Lost (Ostro et al., 1987) | 51,228 | $7,634,000 |
| Chronic Bronchitis  (Abbey et al., 1995) | 251 | $110,000,000[c] |
| Mortality, All Causes (Krewski et. al, 2009) | 316 | $3,021,190,000 |
| Mortality, All Causes (Lepeule et. al, 2012) | 714 | $6,869,213,000 |
| Mortality, All Causes (Laden et al., 2007) | 893 | $8,588,894,000 |

\* Rounded to nearest whole number.
\*\* Rounded to nearest $1000.
a Pooled effects with averaging approach, as per EPA BenMAP default setting.
b Pooled effects with random/fixed effects approach, as per EPA BenMAP default setting.
c Pooled effects with summation approach, as per EPA BenMAP default setting.

Table 2.  State-By State Total Valuation of Annual Health Benefits of EPA Proposed FIP Applied to the Seven Power Plants At Issue* (Applying Krewski et al., 2009 for mortality)

| State | Total Dollar Valuation (2010$)** |
|---|---|
| AR | $175,816,000 |
| CO | $6,512,000 |
| IL | $121,183,000 |
| KS | $112,378,000 |
| LA | $117,847,000 |
| MS | $47,128,000 |
| MO | $202,471,000 |
| NM | $11,314,000 |
| OK | $327,701,000 |
| TX | $2,047,591,000 |
| Total | $3,169,941,000 |

* Big Brown, Coleto Creek, Limestone, Martin Lake, Monticello, Sandow, Tolk
** Rounded to nearest $1000.

Table 3.  Plant-By Plant Total Valuation of Annual Health Benefits of EPA Proposed FIP (Applying Krewski et al., 2009 for mortality)

| Electric Generating Station | Total Dollar Valuation (2010$)** |
|---|---|
| Big Brown | $927,440,000 |
| Coleto Creek | $253,765,000 |
| Limestone | $248,613,000 |
| Martin Lake | $690,304,000 |
| Monticello | $681,602,000 |
| Sandow | $278,718,000 |
| Tolk | $89,501,000 |
| Parish* | $748,913,000 |
| Welsh* | $346,853,000 |

* Parish and Welsh power plants are presented here only for comparison with the other 7 plants listed, but are not included in Tables 1 or 2.
** Rounded to nearest $1000.

Table 4.  Total Valuation of Annual Health Benefits of EPA Proposed FIP for Selected
Metropolitan Areas (Applying Krewski et al., 2009 for mortality)

| City | Total Dollar Valuation, 7 EPA FIP Plants (2010$)** | Total Dollar Valuation, All 9 Plants (2010$)** |
|---|---|---|
| **Houston, TX** (Brazoria, Chambers, Fort Bend, Galveston, Harris) | $260,754,000 | $536,347,000 |
| **Dallas, TX** (Collin, Dallas, Ellis, Rockwall) | $412,050,000 | $508,469,000 |
| **Ft. Worth, TX** (Johnson, Tarrant) | $205,968,000 | $252,098,000 |
| **Tulsa, OK** (Creek, Osage, Tulsa, Wagoner) | $67,054,000 | $83,925,000 |
| **Oklahoma City, OK** (Canadian, Cleveland, Logan, Oklahoma) | $75,099,000 | $92,620,000 |
| **Chicago, IL** (Cook, DuPage, Kendall, McHenry, Will) | $72,737,000 | $90,213,000 |
| **St. Louis, MO/IL** (Madison, Monroe, St. Clair; Jefferson, St. Charles, St. Louis, St. Louis City) | $65,685,000 | $82,780,000 |
| **Denver, CO**  (Adams, Arapahoe, Broomfield, Denver, Douglas, Jefferson) | $2,742,000 | $2,996,000 |

** Rounded to nearest $1000.

23. In addition to reflecting a conservative (i.e., low) mortality effects estimate, these overall health impact counts and their dollar valuations are conservative estimates of the health benefits after the application of the proposed reasonable progress controls at the affected power plant units for a number of reasons, including: (a) additional health impacts not modeled in this analysis attributable to co-reductions in other pollutants (*e.g.*, gaseous $SO_2$) are not included here; (b) consideration of health impacts only for the ages of the exposed populations that were considered in the epidemiological studies on which these analyses were based;  (c) there are either no health impact study or no dollar valuation available for many health outcomes thought to be adversely affected by air pollution, such as effects of air pollution on birth outcomes; and (d) in Tables 2-4 we have applied the low estimate of the mortality benefits (whereas applying the other two studies noted would roughly double or triple the estimates in Tables 2-4, respectively) .  Thus, while all air pollution control costs associated with application of reasonable progress controls under this proposed FIP can be estimated, these estimates of the health benefits and their monetary valuations are only available for a subset of likely health impacts from air pollution.  This means that my analysis is very conservative, and likely underestimates the health and monetary benefits of applying EPA's reasonable progress emission limits to the affected Texas power plant units.

## CONCLUSIONS

26.     Even applying conservative estimates and assumptions, the health benefits and valuations derived from the application of EPA's reasonable progress control determination to the 14 Texas electric generating units at issue are substantial.  Moreover, these benefits and their valuations accrue each and every year those controls are operational. Accordingly, ten years from the compliance date, the health benefits and valuations of proposed controls will be roughly ten times the values provided in Tables 1 through 4, before adjustment for a discount rate and future affected population growth, as appropriate.  Similarly, these benefits and their valuations are lost (not accrued) each and every year that application of the EPA FIP is delayed. Thus, even a delay of just a few months carries the risk of substantial, and irreparable, harm to public health.  As demonstrated above, those public health impacts have an associated and quantifiable adverse economic impact. Thus, it is reasonable to conclude that any delay implementing EPA's Regional Haze FIP for Texas and Oklahoma will only exacerbate the substantial, and irreparable, harms to public health that have already been incurred to date by the operation of these electric generating units.

## LITERATURE CITED

Abbey, D.E., B.E. Ostro, F. Petersen and R.J. Burchette. (1995) Chronic Respiratory Symptoms Associated with Estimated Long-Term Ambient Concentrations of Fine Particulates Less Than 2.5 Microns in Aerodynamic Diameter (PM2.5) and Other Air Pollutants. J Expo Anal Environ Epidemiol. 1995 Apr-Jun;5(2):137-59.

Abt Associates (2010).  BenMAP Environmental Benefits Mapping and Analysis Program User's Manual.  Prepared for the U.S. EPA Office of Air Quality Planning and Standards, RTP, NC.

Bell, M. L., K. Ebisu, et al. (2008). "Seasonal and Regional Short-term Effects of Fine Particles on Hospital Admissions in 202 US Counties, 1999-2005." American Journal of Epidemiology 168 (11): 1301-1310.

Coffin, D. L., and D. E. Gardner.  1972.  Interaction of biological agents and chemical air pollutants.  *Ann. Occup. Hyg.* 15:219-35.

Crouse DL, Peters PA, van Donkelaar A, Goldberg MS, Villeneuve PJ, Brion O, Khan S, Atari DO, Jerrett M, Pope CA, Brauer M, Brook JR, Martin RV, Stieb D, Burnett RT. (2012). Risk of Nonaccidental and Cardiovascular Mortality in Relation to Long-term Exposure to Low Concentrations of Fine Particulate Matter: A Canadian National Level Cohort Study.  Environ Health Perspect. 2012 May;120(5):708-14.

Dockery DW, Pope CA 3rd, Xu X, Spengler JD, Ware JH, Fay ME, Ferris BG Jr, Speizer FE. (1993). An association between air pollution and mortality in six U.S. cities. N Engl J Med. 1993 Dec 9;329(24):1753-9.

Dockery, D.W., J. Cunningham, A.I. Damokosh, L.M. Neas, J.D. Spengler, P. Koutrakis, J.H. Ware, M. Raizenne and F.E. Speizer. 1996. Health Effects of Acid Aerosols On North American Children - Respiratory Symptoms. Environ Health Perspect. 1996 May;104(5):500-5.

Glad JA, Brink LL, Talbott EO, Lee PC, Xu X, Saul M, Rager J. (2012) The relationship of ambient ozone and PM(2.5) levels and asthma emergency department visits: possible influence of gender and ethnicity. Arch Environ Occup Health. 2012;67(2):103-8.

Godleski, J.J.; Sioutas, C.; Katler, M.; Catalano, P.; and Koutrakis, P. (1996)  Death from inhalation of concentrated ambient air particles in animal models of pulmonary disease. *Proceedings of the Second Colloquium on Particulate Air Pollution and Human Health*,  May 1-3, 1996, Park City, Utah.

Godleski, JJ.  (2000) Mechanisms of Morbidity and Mortality from Exposure to Ambient Air Particles.  *Health Effects Institute Research Report 91*, 2000.  Health Effects Institute. Cambridge, MA.

Gold DR, Litonjua A, Schwartz J, Lovett E, Larson A, Nearing B, Allen G, Verrier M, Cherry R, Verrier R. (2000).   Ambient pollution and heart rate variability. Circulation. Mar 21;101(11): 1267-73.

Health Effects Institute (HEI)  (2003). Revised Analyses of Time-Series Studies of Air Pollution and Health. Special Report.Health Effects Institute, Boston MA.

Kloog I, Nordio F, Zanobetti A, Coull BA, Koutrakis P, Schwartz JD. (2014). Short term effects of particle exposure on hospital admissions in the Mid-Atlantic states: a population estimate. PLoS One. 2014 Feb 7;9(2):e88578. doi: 10.1371/journal.pone.0088578. eCollection 2014.

Krewski, D. et al.  (2000). Reanalysis of the Harvard Six Cities Study and the American Cancer Society Study of Particulate Air Pollution and Mortality: Investigators' Report Part I: Replication and Validation.  2000.  Health Effects Institute, Cambridge, MA.

Krewski D., Jerrett M, Burnett R, Ma R, Hughes E, Shi Y, Turner MC, Pope CA III, Thurston G, Calle E, and Thun MJ (2009). Extended Follow-Up and Spatial analysis of the American Cancer Society Linking Particulate Air Pollution and Mortality. Health Effects Institute, Cambridge MA

Laden F, Neas LM, Dockery DW, Schwartz J. (2000). Association of fine particulate matter from different sources with daily mortality in six U.S. cities. Environ Health Perspect. 2000 Oct;108(10):941-7.

Laden F, Schwartz J, Speizer FE, Dockery DW. Reduction in Fine Particulate Air Pollution and Mortality: Extended Follow-up of the Harvard Six Cities Study. Am J Respir Crit Care Med. 2006 Mar 15;173(6):667-72.

Lamm SH, Hall TA, Engel A, Rueter FH, White LD. (1994).  PM$_{10}$ Particulates: Are they the major determinant of pediatric respiratory admissions in Utah County, Utah (1985-1989) Ann. Occup. Hyg. 38: 969-972, 1994.

Lay JC, Bennett WD, Ghio AJ, Bromberg PA, Costa DL, Kim CS, Koren HS, Devlin RB. (1999). Cellular and biochemical response of the human lung after intrapulmonary instillation of ferric oxide particles.  Am J Respir Cell Mol Biol. 1999 Apr;20(4):631-42.

Lepeule J, Laden F, Dockery D, Schwartz J. (2012). Chronic exposure to fine particles and mortality: an extended follow-up of the Harvard Six Cities study from 1974 to 2009. Environ Health Perspect. 2012 Jul;120(7):965-70.

Mar TF, Koenig JQ,  and Primomo J. (2010). Associations between asthma emergency visits and particulate matter sources, including diesel emissions from stationary generators in Tacoma, Washington. Inhal Toxicol. Vol. 22 (6): 445-8.

Ministry of Health of Great Britain, (1954) Report on Pub. Health and Med. Subjects: Mortality and Morbidity During the London Fog of December 1952 (Her Majesty's Stationary Office, London).

Moolgavkar, S. H. 2000a. Air Pollution and Hospital Admissions for Chronic Obstructive Pulmonary Disease in Three Metropolitan Areas in the United States. Inhalation Toxicology. Vol. 12 (Supplement 4): 75-90.

Moolgavkar, S. H. 2000b. Air pollution and hospital admissions for diseases of the circulatory system in three U.S. metropolitan areas. J Air Waste Manag Assoc. Vol. 50 (7): 1199-206.

National Research Council (NRC) (1978) *Sulfur oxides.* Committee on Sulfur Oxides, Board on Toxicology and Environmental Health Hazards, Assembly of Life Sciences. Washington, D.C

National Research Council (NRC). (1977). *Airborne Particles*, National Academy of Sciences. Subcommittee on Airborne Particles, Committee on Medical and Biological Effects of Environmental Pollutants. University Park Press, Baltimore.

New York Times (2006). "Cleaner Air Brings Drop in Death Rate." March 21, 2006, pg F7.

Ostro, B.D. (1987). Air Pollution and Morbidity Revisited: A Specification Test. Journal of Environmental Economics and Management. 14: p. 87-98.

Ostro B, and Rothschild S. (1989). Air Pollution and Acute Respiratory Morbidity: An Observational Study of Multiple Pollutants, Environmental Research 50, 238-247.

Ostro, B, Lipsett M, Mann J, Braxton-Owens H, and White M. (2001). Air pollution and exacerbation of asthma in African-American children in Los Angeles. Epidemiology. Vol. 12 (2): 200-8.

Ozkaynak H, Thurston GD. (1987). Associations between 1980 U.S. mortality rates and alternative measures of airborne particle concentration. *Risk Anal.* 1987 Dec;7(4):449-61.

Peng, R. D., H. H. Chang, et al. (2008). "Coarse particulate matter air pollution and hospital admissions for cardiovascular and respiratory diseases among Medicare patients." JAMA 299 (18): 2172-9.

Peng, R. D., M. L. Bell, et al. (2009). "Emergency admissions for cardiovascular and respiratory diseases and the chemical composition of fine particle air pollution." Environ Health Perspect 117 (6): 957-63.

Peters A, Dockery DW, Muller JE, Mittleman MA. (2001). Increased particulate air pollution and the triggering of myocardial infarction. Circulation. 2001 Jun 12;103(23):2810-5.

Pope CA 3rd. (1989). Respiratory disease associated with community air pollution and a steel mill, Utah Valley.Am J Public Health. 1989 May;79(5):623-8.

Pope, C. A., D. W. Dockery, J. D. Spengler and M. E. Raizenne. 1991. Respiratory Health and PM10 Pollution - a Daily Time Series Analysis. American Review of Respiratory Disease. Vol. 144 (3): 668-674.

Pope CA 3rd, Thun MJ, Namboodiri MM, Dockery DW, Evans JS, Speizer FE, Heath CW Jr. (1995). Particulate air pollution as a predictor of mortality in a prospective study of U.S. adults. Am J Respir Crit Care Med. 1995 Mar; 151(3 Pt 1): 669-74.

Pope, CA (1996) Particulate pollution and health: A review of the Utah Valley Experience. J. Expos. And Env. Epi. Vol 6: 23-34.

Pope CA 3rd, Verrier RL, Lovett EG, Larson AC, Raizenne ME, Kanner RE, Schwartz J, Villegas GM, Gold DR, Dockery DW. (1999). Heart rate variability associated with particulate air pollution. Am Heart J. 1999 Nov; 138(5 Pt 1):890-9.

Pope, C.A. III,  Burnett, R.T., Thun, M.J., Calle, E.E., Krewski, D., Ito, K., and Thurston, G.D.  Lung cancer, cardiopulmonary mortality and long-term exposure to fine particulate air pollution.  J. Am. Med. Assoc. (JAMA) 287(9):1132-1141 (2002).

Pope, C. A., 3rd, J. B. Muhlestein, et al. (2006). "Ischemic heart disease events triggered by short-term exposure to fine particulate air pollution." Circulation 114 (23): 2443-8.

Rodriguez, C, Tonkin R, Heyworth J, Kusel M, De Klerk N, Sly P, Franklin P, Runnion T, Blockley A, Landau L & A Hinwood (2007), The relationship between outdoor air quality and respiratory symptoms in young children, International Journal of Environmental Health Research, 17:5, 351-360.

Schwartz, J. and L.M. Neas. 2000. Fine particles are more strongly associated than coarse particles with acute respiratory health effects in schoolchildren. Epidemiology. Vol. 11 (1): 6-10.

Slaughter, J. C., E. Kim, et al. (2005). "Association between particulate matter and emergency room visits, hospital admissions and mortality in Spokane, Washington." J Expo Anal Environ Epidemiol 15(2): 153-9.

State of California (2003). Final Regulation Order for the Rulemaking To Consider Amendments to Regulations for the State Ambient Air Quality Standards for Suspended Particulate Matter and Sulfates.  Sacramento, Ca.

Sullivan, J., L. Sheppard, et al. (2005). "Relation between short-term fine-particulate matter exposure and onset of myocardial infarction." Epidemiology 16 (1): 41-8

Thurston GD, Ito K, Kinney PL, Lippmann M. A multi-year study of air pollution and respiratory hospital admissions in three New York State metropolitan areas: results for 1988 and 1989 summers. J Expo Anal Environ Epidemiol. 1992 Oct-Dec;2(4):429-50.

Thurston GD, Lippmann M, Scott MB, Fine JM. (1997). Summertime haze air pollution and children with asthma. Am J Respir Crit Care Med. 1997 Feb;155(2):654-60.

Thurston GD, Ito K, Mar T, Christensen WF, Eatough DJ, Henry RC, Kim E, Laden F, Lall R, Larson TV, Liu H, Neas L, Pinto J, Stölzel M, Suh H, and Hopke, PK. (2005).  Workshop on the Source Apportionment of Particulate Matter Health Effects: Inter-Comparison of Results and Implications.  Env. Hlth. Perspect.: 113(12):1768-74.

U.S. EPA (2001). AIR DATA.  National Emissions Trends (NET) Database: http://www.epa.gov/air/data/net.html

U.S. EPA. (2004). Fourth External Review Draft of Air Quality Criteria for Particulate Matter (June, 2003). EPA/600/P-99/002aD, Office of Research and Development, Washington, DC.

U.S. EPA. (2004).  Air Quality Criteria for Particulate Matter (October, 2004).  Final. EPA/600/P-99/002aF, Office of Research and Development, Washington, DC.

U.S. EPA, (2005).  Regulatory Impact Analysis for the Final Clean Air Visibility Rule or the Guidelines for Best Available Retrofit Technology (BART) Determinations Under the Regional Haze Regulations, Research Triangle Park, NC, available at: http://www.epa.gov/oar/visibility/pdfs/bart_ria_2005_6_15.pdf

U.S. Environmental Protection Agency (2009a). Integrated Science Assessment for Particulate Matter (Final Report), Washington, DC, EPA/600/R-08/139F, at 2-10, 2-11 (emphasis in original), available at http://cfpub.epa.gov/ncea/cfm/recordisplay.cfm?deid=216546

U.S. Environmental Protection Agency (2009b). Risk and Exposure Assessment to Support the Review of the SO2 Primary National Ambient Air Quality Standards. OAQPS. EPA-452/R-09-007. RTP, NC

U.S. Environmental Protection Agency (2012). Regulatory Impact Analysis for the Proposed Revisions to the National Ambient Air Quality Standards for Particulate Matter, OAQPS, EPA-452/R-12-003. RTP, NC.

U.S. EPA. (2015). BenMAP Environmental Benefits Mapping and Analysis Program – Community Edition: User's Manual Appendices.  Prepared by RTI International.  OAQPS, RTP, NC.  http://www2.epa.gov/benmap/benmap-community-edition

Veronesi B, Oortgiesen M, Carter JD, Devlin RB. (1999).  Particulate matter initiates inflammatory cytokine release by activation of capsaicin and acid receptors in a human bronchial epithelial cell line.  Toxicol Appl Pharmacol. 1999 Jan 1;154(1):106-15.

Wilson WE, Mage DT, Grant LD. (2000). Estimating separately personal exposure to ambient and nonambient particulate matter for epidemiology and risk assessment: why and how.  J Air Waste Manag. Assoc. Jul;50(7):1167-83.

Woodruff, T. J., J. Grillo and K. C. Schoendorf. 1997. The relationship between selected causes of postneonatal infant mortality and particulate air pollution in the United States. Environmental Health Perspectives. Vol. 105 (6): 608-612.

Zanobetti A, Schwartz J. Air pollution and emergency admissions in Boston, MA.. J Epidemiol Community Health. 2006 Oct;60(10):890-5.

Zanobetti, A., M. Franklin and J. Schwartz. 2009. Fine particulate air pollution and its components in association with cause-specific emergency admissions. Environmental Health Vol. 8: 58-60.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the

foregoing is true and correct.

DATED: April 18, 2015, at Chester, New York.

DR. GEORGE D. THURSTON

# Exhibit T1 to Thurston Report

April 2015

# Curriculum Vitae

### GEORGE D. THURSTON

3 Catherine Court
Chester, NY 10918
Hm: (845) 783-1978
Wk: (845) 731-3564
Fax: (845) 351-5472
Email: george.thurston@nyu.edu
http://www.med.nyu.edu/biosketch/gdt1

**Education**

| Degree | Field | Institution |
|---|---|---|
| Diploma | Academic | Barrington High School, RI |
| Sc.B. (Honors) | Environmental Engineering | Brown University |
| A.B. | Environmental Studies | Brown University |
| S.M. | Environmental Health Sciences | Harvard Univ. Schl. of Public Health |
| Sc.D. | Environmental Health Sciences | Harvard Univ. Schl. of Public Health |

**Postdoctoral Training**

| Specialty | Mentor | Place of Training |
|---|---|---|
| Environ. Epidemiology | Dr. H. Ozkaynak | Harvard Univ., Kennedy Schl. of Gov., Camb., MA |

**Internships and Residencies** N/A

**Clinical and Research Fellowships** N/A

**Licensure and Certification**: Environmental Benefits Mapping and Analysis Program - Community Edition (BenMAP-CE) Training Certification (August 2014).

**Academic Appointments**

1987-1993    Assistant Professor, Dept. of Environmental Medicine, New York University School of Medicine, New York City, NY.

1993-2006    Associate Professor (Tenured), Dept. of Environmental Medicine, New York University School of Medicine, New York City, NY.

2007-present    Professor (Tenured), Dept. of Environmental Medicine, New York University School of Medicine, New York City, NY.

2007-present    Affiliated Faculty, Environmental Studies Program, College of Arts and Sciences, New York University, New York City, NY.

2012-present    Affiliated Faculty, Marron Institute on Cities and the Urban Environment, New York University, New York City, NY

2012-present    Faculty Mentoring Champion, Dept. of Environmental Medicine, New York University School of Medicine, New York City, NY.

**Hospital Appointments:** N/A

**Other Professional Positions and Visiting Appointments:**

Oak Ridge Institute for Science and Education (ORISE) Fellow (2008-2010)

**Major Administrative Responsibilities**

| Year | Title, Place of Responsibility |
|---|---|
| 1995-2004 | Director, Community Outreach and Environmental Education Program, NYU-NIEHS Center of Excellence, Nelson Inst. of Environ. Med., NYU School of Medicine, Tuxedo, NY |
| 2002-2012 | Deputy Director, NYU Particulate Matter Research Center, Nelson Inst. of Environmental Medicine, NYU School of Medicine, Tuxedo, NY |
| 2007-2008 | Director, Environmental Epidemiology Core, NYU-NIEHS Center of Excellence, Department of Environmental Medicine, Tuxedo, NY |
| 2010-present | Co-Leader, Metals Research Focus Group, NYU-NIEHS Center of Excellence, Department of Environmental Medicine, Tuxedo, NY. |
| 2012-present | Director, Program in Exposure Assessment and Human Health Effects, Department of Environmental Medicine, NYU School of Medicine. |
| 2012-present | Chair, Appointments and Promotions Committee, Department of Environmental Medicine, NYU School of Medicine. |
| 2014-present | Co-Chair, Environmental Health Research Affinity Group, NYU Global Institute of Public Health (GIPH), New York University, Washington Square. |

**Teaching Experience**

| Year | Name of course | | Type of Teaching/Contact Hrs. |
|---|---|---|---|
| 1984-1994 | Air Poll. Transport Modeling | (G48.2048) | Course Director |
| 2006-present | Weather, Air Pollution, and Health | (G48.1010) | Course Director |
| 1986-present | Aerosol Science | (G48.2033) | Course Director |
| 1984-2010 | Environmental Contamination | (G48.2305) | Lecturer |
| 1984-present | Environ. Hygiene Measurements | (G48.2035) | Lecturer/Lab |
| 1990-1998 | Environmental Toxicology | (G48.1006) | Lecturer |
| 1993-1995 | Environmental Epidemiology I | (G48.2039) | Lecturer |
| 2001-2003 | NYU Summer Institute, Wagner School | | Lecturer |
| 2006-present | Environmental Epidemiology I | (G48.2039) | Lecturer |
| 2006-present | Science, Health & Envir. Journalism | (G54.1017.0) | Lecturer |
| 2009-2011 | Global Environmental Health | (U10.2153.1) | Course Director |
| 2009-2012 | Global Issues in Environ. Health | (G48.1011) | Course Director |
| 2009-present | Earth Systems Science (undergrad) | (V36.0200) | Lecturer |
| 2011-present | Principles of Environmental Health | (G48.1004) | Course Director |
| 2013-present | Environ. Hygiene Measurements | (G48.2035) | Course Co-Director |

**Awards and Honors**

| | |
|---|---|
| November 1999 | Orange Environment Citizens Action Group, OE Award for Excellence in Translating Science to the Public |
| December 2000 | NYU School of Medicine Dean's Research Incentive Award |
| October 2012 | Recipient of the "Haagen Smit Prize" for Best Paper, <u>Atmospheric Environment</u>. http://geo.arc.nasa.gov/sgg/singh/winners12.html |
| March 2013 | Recipient of the "Best Paper of the Year – Science" Award from <u>ES&T</u> http://pubs.acs.org/doi/full/10.1021/es400924t |

**Major Committee Assignments**

<u>New York University Committees</u>

2007-present:  University Sustainability Task Force
2010-2012:     University Faculty Senate Alternate
2012-present:  University Faculty Senator

NYU School of Medicine Departmental Committees

| | |
|---|---|
| 1992-1998: | Sterling Forest Library Committee, Member, NYU SOM Dept of Environ. Medicine |
| 1991-1994 | Health & Safety Committee, Member, NYU SOM Dept. of Environ.. Medicine |
| 1992-2004 | Community Outreach and Education Comm., Chairman, NYSOM Dept. of Environ. Med. |
| 1999-2004 | Dept. Chairman's Internal Advisory Comm., Member, NYUSOM Dept. of Environ. Med. |
| 2005-present | Dept. Academic Steering Committee, Member, NYUSOM Dept. of Environ. Medicine |
| 2007-2012 | Dept. Appointments & Promotions Comm., Member, NYUSOM, Dept. of Environ. Medicine |
| 2012-present | Dept. Appointments & Promotions Comm., Chair, NYUSOM, Dept. of Environ. Medicine |

Advisory Committees

*Regional*

| | |
|---|---|
| 1983-1984 | Massachusetts Acid Rain Advisory Board, Member, Mass. Dept. of Env. Protection |
| 1984-1986 | Committee on Environ. And Occup. Health. , NY State American Lung Association |
| 1991-1996 | Air Management Advisory Comm., Member of Health Effects Subcom., NY State DEC |
| 1995-1999 | Engineering Advisory Board, Member, Tuxedo, NY |
| 1997-1998 | Advisory Committee to the Mayor on the Port of Newburgh, Member, Newburgh, NY |
| 1996-1999 | CUES Asthma Working Group, Member, New York Academy of Medicine |
| 2008-2010 | New York City Community Air Study (NYCCAS) Advisory Panel |

*National*

| | |
|---|---|
| 1995-1999 | Comm. on Health Effects of Waste Incineration, Member, National Academy of Sciences |
| 1995-1999 | National Air Conservation Commission, Member, American Lung Association |
| 2000-2004 | National Action Panel on Environment, Member, American Lung Association |
| 2005-present | National Clean Air Committee, Member, American Lung Association |
| 2007-2010 | U.S. EPA Clean Air Science Advisory Committee (CASAC) for SOx and NOx |
| Mar. 2012 | EPA Panelist for "Kickoff Workshop to Inform EPA's Review of the Primary $NO_2$ NAAQS" |

*International*

| | |
|---|---|
| 1996-1997 | Sulfur in Gasoline Health and Environment Panel, Chairperson, Health Canada |
| Sept. 2007 | Illness Cost of Air Pollution Expert Committee, Canadian Medical Association |
| 2008-2012 | Global Burden of Disease (GBD), Committee on the Human Health Effects of Outdoor Air Pollution, World Health Organization (WHO) |

Grant Review Committees (National)

| | |
|---|---|
| March 1989 | EPA Air Chemistry and Physics Extramural Grants Review Panel (*ad hoc member*) |
| Oct. 1989 | NIEHS P30 Center Special Review Panel (*ad hoc member*) |
| July 1992 | NIH R01 Epidemiology & Disease Control Study Section (*ad hoc member*) |
| Nov. 1992 | NIEHS P20 Center Development Grant Special Study Section, (*ad hoc member*) |
| June 1996 | EPA Special Review Panel of the Health Effects Institute (HEI) (*ad hoc member*) |
| March 1997 | EPA Office of Res. and Development External Grant Review Panel (*ad hoc member*) |
| April 1997 | NIEHS Community-Based Participatory Res. R01 Special Study Sect. (*ad hoc member*) |
| July 1997 | EPA National Environ. Research Lab Intramural Research Review Panel (*ad hoc member*) |
| June 1998 | EPA Office of Res. and Development External Grant Review Panel (*ad hoc member*) |
| July 1998 | EPA Climate Policy and Programs Division Grant Application Review (*ad hoc member*) |
| Oct. 1998 | Mickey Leland Center for Air Toxics Grant Review Panel (*ad hoc member*) |
| April 2000 | NIEHS P30 Center Special Review Panel (*ad hoc member*) |
| July 2001 | NIEHS Community-Based Participatory Res. R01 Special Study Sect. (*ad hoc member*) |
| Dec. 2001 | NIEHS Program Project P01 Site Visit Review Panel (*ad hoc member*) |
| April 2003 | NIH R21 Fogarty Health, Env. and Economic Development Study Sect. (*ad hoc member*) |
| Nov. 2003 | U.S. EPA STAR Grant Panel (Epidemiologic Research on Health Effects of Long-Term Exposure to Ambient Particulate Matter and Other Air Pollutants) (*member*) |
| October 2004 | NIEHS Program Project P01 Review Panel (*ad hoc member*) |

| | |
|---|---|
| June 2005 | NIH Special Emphasis Panel (ZRG1 HOP Q 90 S) (*ad hoc member*) |
| Nov. 2005 | NIH Infectious Disease, Reproductive Health, Asthma/Allergy, and Pulmonary (IRAP) Conditions Study Section Review Panel (*ad hoc member*) |
| Feb. 2006 | NIH Infectious Disease, Reproductive Health, Asthma/Allergy, and Pulmonary (IRAP) Conditions Study Section Review Panel (*ad hoc member*) |
| June 2006 | NIH Infectious Disease, Reproductive Health, Asthma/Allergy, and Pulmonary (IRAP) Conditions Study Section Review Panel (*ad hoc member*) |
| Dec. 2006 | NIEHS Special Emphasis Panel on Genetics, Air Pollution, and Respiratory Effects (ZES1 TN-E FG P) (*member*) |
| Nov. 2007 | NIH Special Emphasis Panel on Community Participation in Research (ZRG1 HOP-S) (*member*) |
| June 2009 | NIH Study Section Review Panel on Challenge Grants in Health & Science Research |
| March 2011 | U.S. EPA Science to Achieve Results (STAR) Graduate Fellowship Review Panel – Clean Air Panel (*chair*) |
| Sept. 2011 | NIH Special Epidemiology Study Section (ZRG1 PSE K 02 M) (*member*) |
| Oct. 2012 | NIH Cardiac and Sleep Epidemiology (CASE) Study Section (*ad hoc member*) |
| June 2013 | NIH Special NHLBI Dataset Study Section (ZRG1 PSEQ 56) (*member*) |
| July 2013 | NIH "Career Awards" Study Section (ZES1 LWJ-D, K9) (*member*) |
| Sept. 2013 | Appointed Permanent Member, NIH Cardiac & Sleep Epid. (CASE) Study Section |

**Memberships, Offices, And Committee Assignments In Professional Societies**

| *Year* | *Society/Committees* |
|---|---|
| 1980-1996 | Air and Waste Management Association (Comm. on Health Effects and Exposure,) |
| 1992-Present | American Thoracic Society (ATS): Environmental and Occup. Health (EOH) Assembly, 1995-1999, 2012-present: ATS EOH Long Range Planning Committee; 1993-1994, 2002-2004: ATS Program Committee 2006-2007 Chairman of the ATS-EOH Nominating Committee 2010-present: ATS Environmental Health Policy Committee, member 2012-present: ATS Environmental Health Policy Committee, Vice-Chairman |
| 1990-present | International Society of Exposure Science |
| 1992-present | International Society for Environmental Epidemiology (Annual Meeting Program Committee: 1998, 2000, 2003, 2004, 2006) (ISEE Conference Planning Committee: 2006-present) |
| 2007-2009 | New York Academy of Sciences (membership given in appreciation for a 1/23/07 NYAS forum presentation) |

**Editorial Positions**

Journal Board Membership

| *Year* | *Name of Board* |
|---|---|
| 1993-2008 | International Society of Exposure Analysis  (J. of Exp. Anal. and Environ. Epid.) |

Ad Hoc Manuscript Reviewer

| *Years* | *Journal* |
|---|---|
| 1996-1998 | American Journal of Epidemiology |
| 1994 | Archives of Environmental Health |
| 1995-present | Atmospheric Environment |
| 1995-present | Environmental Health Perspectives |
| 1994-present | Environmental Research |
| 2004-present | Environmental Science and Technology |

| | | | |
|---|---|---|---|
| 2011-present | Epidemiology | | |
| 1993-present | Journal of Exposure Analysis and Environmental Epidemiology | | |
| 1994-present | Journal of the Air and Waste Management Association | | |
| 1996-present | Journal of the American Medical Association | | |
| 1997-present | Journal of Occupational and Environmental Medicine | | |
| 1997-present | Journal of Respiratory and Critical Care Medicine | | |
| 2006-present | Thorax | | |

Scientific Report Reviewer

| | |
|---|---|
| August, 1986 | Reviewer for the National Academy of Sciences, Board on Environmental Studies and Toxicology report "The Airliner Cabin Environment: Air Quality and Safety" |
| October, 2002 | Reviewer for the NAS, Board on Environmental Studies and Toxicology report "Estimating the Public Health Benefits of Proposed Air Pollution Regulations" |

**Mentoring of Graduate Students, Residents, Post-Doctoral Fellows in Research**

Under direct supervision:

| Student Name | Type of Position | Time Period | Present Position |
|---|---|---|---|
| Mark Ostapczuk | Masters | 1984-1986 | Industrial Hyg., Barr Labs, Pomona, NJ |
| Kazuhiko Ito | Masters/Doctoral | 1984-1990 | Scientist, NYC Dept. of Health, NYC, NY |
| Peter Jaques | Masters/Doctoral | 1988-1998 | Assoc. Prof., Clarkson Univ., Potsdam, NY |
| R. Charon Gwynn | Masters/Doctoral | 1992-1999 | Epidemiologist, Columbia Univ., NY |
| Ramona Lall | Masters/Doctoral | 2000-2007 | Research Sci. IV, NYC Dept. of Health, NY |
| Ariel Spira-Cohen | Masters/Doctoral | 2003-2009 | Research Sci. III, NYC Dept. of Health, NY |
| Kevin Cromar | Masters/Doctoral | 2008-2012 | Assistant Professor, NYU School Of Medicine |
| Lital Yinon | Doctoral | 2011-present | Doctoral Candidate, NYU School of Medicine |
| Chris Lim | Doctoral | 2012-present | Doctoral Candidate, NYU School of Medicine |

In advisory function (thesis committee):

| Student Name | Advisory Role | Time Period | Student's Supervisor |
|---|---|---|---|
| Shao-Keng Liang | Doctoral Committee member | 1990-1994 | Dr. J. Waldman, UMDNJ, Rutgers |
| Jerry Formisano | Doctoral Committee member | 1997-2000 | Dr. M. Lippmann, NYU SOM |
| Yair Hazi | Doctoral Committee member | 1993-2001 | Dr. B. Cohen, NYU SOM |
| Samantha Deleon | Doctoral Committee member | 1997-2003 | Dr. K Ito, NYU SOM |
| Chun Yi Wu | Doctoral Committee member | 2000-2004 | Dr. L.C. Chen, NYU SOM |
| Carlos Restrepo | Doctoral Committee member | 2002-2004 | Dr. R. Zimmerman, Wagner, NYU |
| Shaou-I Hsu | Doctoral Committee member | 2000-2009 | Dr. M. Lippmann, NYU-SOM |
| Steven Schauer | Doctoral Committee member | 2007-2009 | Dr. B. Cohen, NYU-SOM |
| Christine Ekenga | Doctoral Committee Chair | 2009-2011 | Dr. G. Friedman-Jimenez, NYU-SOM |
| Rebecca Gluskin | Doctoral Committee Chair | 2009-2012 | Dr. Kazuhiko Ito, NYU SOM |
| Jiang Zhou | Doctoral Committee Chair | 2008-2012 | Dr. Kazuhiko Ito, NYU SOM |
| Eric Saunders | Doctoral Committee Chair | 2012-present | Dr. Terry Gordon, NYU SOM |

**Teaching Awards Received**

N/A

**Major Research Interests**

1) Air Pollution Epidemiology: Real-world air pollution exposures and human health effects in the general population and study cohorts of suspected susceptible individuals (e.g., children).

2) <u>Aerosol Science</u>: Ambient particulate matter aerosol exposures, including designing and implementing air monitoring equipment to collect human exposures to air pollution.

3) <u>Environmental Exposure Assessment</u>: Methods to assess human exposures and health effects from air pollution, especially the development of source apportionment models to separate human effects on the basis of pollution source. Design of epidemiological models/methods that better incorporate potential air pollution confounders/effect modifiers (e.g. weather and genetic influences).

## Grants Received

*Prior*:

| Agency | Title | Grant # | Period | Total Direct Costs | Role | % Effort |
|--------|-------|---------|--------|--------------------|------|----------|
| USEPA | Effects of Acute Exposure to Summertime Haze Episodes on the Health of Humans | R811563 | 05/01/84-09/30/87 | $538,586 | Co-I | 50% |
| NIH | Acid Aerosol Exposure: Effect on Respiratory Morbidity | R01 ES04612 | 09/25/87-08/31/92 | $846,966 | PI | 30% |
| USEPA | Acid Aerosol Chamber Experiments | OD2524AEX | 7/2/90-7/31/90 | $5,810 | PI | 9% |
| USEPA | Analysis of Acid Aerosol Experiments | 00422248NAEX | 8/1/90-9/30/90 | $3,364 | PI | 5% |
| USEPA | Air Pollutants and Human Health | R814023 | 05/18/87-05/17/91 | $690,921 | CO-I | 50% |
| USEPA | Development and Field Applic. of an Automated Sequential Weekly Average H+ Sampler | Subcontract to EPA Grant CR816740-03 | 6/1/92-2/28/93 | $13,156. | PI | 15% |
| NIH | Acid Aerosol Exposure: Effect on Respiratory Morbidity | R01 ES04612 | 09/01/92-08/31/95 | $377,298. | PI | 30% |
| HEI | Retrospective Characterization of Ozone Exposures | Health Effects Institute Grant | 11/1/93-10/31/94 | $98,238 | CO-I | 10% |
| NIH | Temperature and Air Pollution Effects on Human Mortality | R01 ES05711 | 6/1/92-5/31/95 | $371,993 | PI | 30% |
| NYUSOM | Environmental Effects on Human Mortality and Morbidity | Bridge Grant | 9/1/95-8/31/96 | $48,400 | PI | - |
| USEPA | Effects of Exposure to Ambient Air Pollutants on Human Health | R808325 | 10/1/91-09/30/96 | $870,565 | CO-I | 50% |
| USEPA | Investigation of Acid Aerosol Exposures in Metropolitan Settings | Subcontract to Grant No. CR822050 | 11/1/93-10/31/96 | $200,499 | PI | 10% |
| USEPA | An Evaluation of Potential Confounders in PM10 Mortality Associations | R825271 | 11/25/96-11/24/01 | $219,410 | CO-I | 10% |
| USEPA | Acidic PM and Daily Human Mortality in Three U.S. Cities | #R825264 | 11/25/96-11/24/00 | $232,671 | PI | 15% |
| NYS-ERDA | Environmental Monitoring, Evaluation, and Protection Program | 6084-ERTER-ES00 | 12/01/99-11/30/02 | $341,926 | PI | 20% |
| HEI | Children's Asthma Incidence and Personal Exposures to | | 01/01/02-12/31/02 | $154,800 | PI | 30% |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | Diesel Particles and Traffic in NYC |  |  |  |  |  |
| USEPA | Influence of Alternate Indicators of Exposure to PM and PM Components in Statistical Associations with Mortality and Hospital Admissions | R827358 | 03/01/99-02/28/03 | $183,089 | PI | 30% |
| NIH | NIEHS Center Supplement: Health Issues Related to the World Trade Center Disaster, Outreach Project | ES00260-S1 | 04/01/02-03/31/03 | Total=$ 936,487 Outreach=$172,031 | Co-PI PI | 10% 15% |
| NIH | Effects of Ambient Air Pollutants on Annual Mortality | RO1 ES09560 | 9/15/99-8/31/03 | $471,408 | PI | 30% |
| USEPA | Particle Exposures of High-Risk Sub Populations | R827164 | 10/01/98-09/30/03 | $1,327,240 | Co-I | 10% |
| USEPA | A Source Oriented Evaluation of the Combined Effects of Fine Particles and Co-pollutants | R827997 | 02/01/00-01/31/04 | $291,407 | Co-I | 15% |
| NIH | NIEHS Center Grant: Outreach and Education Program | ES00260 | 04/01/00-03/31/05 | Total=$5,000,000 Outreach=$240,365 | Co-I PI | 5% 5% |
| USEPA | EPA PM Health Effects Center Project 6: "A Prospective Study of Asthma Susceptibility to PM Epidemiologic Investigations of Key PM Components and Biomarkers of Effects & Community Outreach Project | R827351 | 06/01/99-05/31/05 | Total=$6,000,000 Project 6=$134,923 Outreach=$77,779 | Co-PI PI PI | 15% 10% 10% |
| NIH | Genetic/Epigenetic Susceptibility to Superfund Chemicals: Outreach Project | ES010344 | 05/08/00-03/31/06 | $156,812 | Co-I | 5% |
| USEPA | Env. Issues in the South Bronx. Thurston Project: S. Bronx Backpack Study | X1982152 | 08/01/00-09/30/06 | Total=$921,922 Project=$307,131 | CO-I PI | 5% 15% |
| NIH | NIEHS Center Supplement: Health Issues Related to the World Trade Center Disaster, Source Attribution (Project 4) & Community Outreach | ES00260-S2 | 04/01/02-03/31/04 | Total=$660,000 Project 4=$69,999 Outreach=$172,03 | Co-PI PI PI | 10% 10% 15% |
| USEPA | The role of traffic-related pollution in PM health effects associations among inner-city children with asthma | 16511 | 09/01/06-08/31/09 | $51,516 | PI | - |
| California Air Resources Board (CARB) | Spatio-temporal Analysis of Air Pollution and Mortality in California Based Upon the ACS Cohort (Thurston: Consulting Project) |  | 06/01/07-5/31/10 | Project=$13,634 | Co-I | 4% |
| USEPA | Real time modeling of weather, air pollution, health outcome indicators in NYC. | RD-83362301-0 | 12/07-11/10 | $130,496 | Co-I | 5% |
| NIH | Fine Particles and Out-of-Hospital Cardiac Arrest in | R01ES014387-01A2 | 04/09-12/11 | $200,000 | Co-I | 10% |

| | New York City | | | | | |
|---|---|---|---|---|---|---|
| Health Effects Institute (HEI) | Characteristics of PM Associated with Health Effects. *Thurston Project*: "Study Of PM Components and U.S. Human Mortality In The ACS Cohort. | 4750 | 01/01/07-3/31/11 | Total=$3,247,567<br><br>Project=$355,920 | Co-I<br><br>PI | 5%<br><br>20% |
| NT State DOT | Mobile Source Air Toxics Mitigation Measures | | 09/01/10 06/31/13 | SubProject=$89,062 | Co-I | 10% |
| Robert Wood Johnson Fndn. | The Effect of Peak-Shaving Regulations on the Activity, Toxic Emissions, and Health Impacts of Local Power Plants | Public Health Law Research | 1/12-7/13 | $151,500 | Co-I | 10% |

*Current:*

| Agency | Title | Grant # | Period | Total Direct Costs | Role | % Effort |
|---|---|---|---|---|---|---|
| | | | | | | |
| NIH | Long-term Air Pollution Exposure and Mortality in the NIH-AARP Cohort. | R01ES019584-01A1 | 1/01/12-6/30/16 | $1,221,253 | MPI (Contact PI) | 20% |
| The Public Health Research Institute of Abu Dhabi | Development of a Public Health Research Institute in Abu Dhabi. *Thurston Project*: "Air Pollution in Abu Dhabi". | | 3/2012-2/2017 | $9,993,960 | Co-I | 10% |
| NIH | Dietary Influence on Mortality from Air Pollution Exposure in the NIH-AARP Cohort (R21) | 1R21ES021194-01 | 7/12-6/15 | $150,000 | MPI (Contact PI) | 8% |

**Patents**
None

**Boards and Community Organizations**
1990-1995    St. Mary's Episcopal Church, Tuxedo, NY, Vestry member
1992-2008    Monroe-Woodbury Soccer Club, Coach (Board Member: 1999-2000)
1994-1999    Orange County Citizen's Foundation, Member
1999-2009    Y2CARE Monroe-Woodbury, NY School District Residents Action Group, Founder
2005-present St. Mary's Episcopal Church, Tuxedo, NY, Community Outreach Committee, Member
2006-present EPISCOBUILD-Newburgh, NY Habitat for Humanity Advisory Board, Member
2012-present St. Mary's Episcopal Church, Tuxedo, NY, Vestry member

**Military Service**
None

**International Scientific Meetings Organized**

May 28-30, 2003   "Workshop on the Source Apportionment of PM Health Effects." U.S. EPA PM Centers, Harriman, NY.

Aug. 1-4, 2004   "Sixteenth Conference of the International Society for Environmental Epidemiology," Kimmel Conference Center, Washington Square, New York University, New York City, NY.

**Scientific Forums for the Public Organized**

June 2001   "Science and Community Interaction Forum on the Environment." Held at Hostos Community College, Bronx, , New York City, NY.

October 2001   "Forum on Environmental Health Issues Related to the World Trade Center Disaster." Held at NYU Law School, Washington Square, New York City, NY.

October 2002   "2nd Annual Forum on the Environmental Health Issues Related to the World Trade Center Disaster." Held at Manhattan Borough Community College, New York City, NY.

October 2003   "3rd Annual Forum on the Environmental Health Issues Related to the World Trade Center Disaster." Held at NYU Lower Manhattan Campus, New York City, NY.

**Invited U.S. House and Senate Congressional Testimony**

Feb. 5, 1997   "Human Health Effects of Ambient Ozone Exposures" Statement before the Committee on Environment and Public Works, Subcommittee On Clean Air, Wetlands, Private Property, And Nuclear Safety, U.S. Senate, Washington, DC.
http://epw.senate.gov/105th/thurston.htm

April 16, 1997   "Human Health Effects of Ambient Ozone and Particulate Matter Exposures." Statement before the Government Reform and Oversight Committee of the U.S. House of Representatives, Washington, D.C.

May 8, 1997   "Human Health Effects of Ambient Ozone and Particulate Matter Exposures." Statement before the Subcommittee on Health and Environment, Committee on Commerce of U.S. House of Representatives, Washington,. D.C.

July 29, 1997,   "The Human Health Effects of Ambient Ozone And Particulate Matter Air Pollution." Statement before the Subcommittee on Commercial and Administrative Law of the Judiciary Committee of the U.S. House of Representatives, Washington,. D.C.
http://judiciary.house.gov/legacy/commercial.htm

October 22, 1997   "Ozone and Particulate Matter Air Pollution Health Effects." Statement before the U.S. Senate Committee on Environment and Public Works Subcommittee on Clean Air, Wetlands, Private Property, and Nuclear Safety. Washington, DC.
http://epw.senate.gov/105th/thurso2.htm

July 15, 1999:   "The Mandated Release of Government-Funded Research Data." Statement before the Committee On Government Reform, Subcommittee on Government Management, Information And Technology, U.S. House of Representatives

July 26, 2001   "The Human Health Effects Of Air Pollution From Utility Power Plants." Statement before the Committee on Environment and Public Works, U.S. Senate, Washington, D.C.
http://www.c-spanvideo.org/program/PlantE

Feb 11, 2002:   "The Air Pollution Effects of The World Trade Center Disaster." Statement before the Committee On Environment And Public Works, Subcommittee On Clean Air, Wetlands, And Climate Change. United States Senate, New York, NY.
http://www.c-spanvideo.org/program/Qualitya

March 5, 2002     "The Use of the Nationwide Registries to Assess Environmental Health Effects." Statement before the Committee On Health, Education, Labor, And Pensions, Subcommittee On Public Health, U.S. Senate, Washington, DC.

Sept. 3, 2002     "The Clean Air Act and The Human Health Effects of Air Pollution from Utility Power Plants." Statement before the U.S. Senate Committee on Health, Education, Labor, and Pensions, Subcommittee on Public Health, Washington, D.C. http://www.c-spanvideo.org/program/AirStand

April 1, 2004     "The Human Health Benefits Of Meeting the Ambient Ozone And Particulate Matter Air Quality Standards." Statement before the Committee on Environment and Public Works, Subcommittee on Clean Air, Climate Change, and Nuclear Safety, U.S. Senate, Washington, D.C.

         http://epw.senate.gov/epwmultimedia/epw040104.ram

July 19, 2006     "The Science And Risk Assessment Of Particulate Matter (PM) Air Pollution Health Effects." Statement before the Committee on Environment and Public Works, U.S. Senate, Washington, D.C.
*http://epw.senate.gov/hearingstatements.cfm?id=258766*

May 7, 2008     "Science And Environmental Regulatory Decisions." Statement before the Committee On Environment And Public Works of The U.S. Senate, Subcommittee on Public Sector Solutions to Global Warming, Oversight, and Children's Health Protection, U.S. Senate, Washington, D.C.

         http://www.c-spanvideo.org/program/RegulatoryD
         http://epw.senate.gov/public/index.cfm?FuseAction=Hearings.Hearing&HearingID=a1954f70-802a-23ad-4192-fc2995dda7f4

October 4, 2011     "The Science of Air Pollution Health Effects and the Role of CASAC in EPA Standard Setting" Statement before the Subcommittee on Energy and the Environment, Committee on Science, Space and Technology, U.S. House Of Representatives, Washington, DC.

         http://science.house.gov/hearing/energy-and-environment-subcommittee--hearing-quality-science-quality-air

**Other Invited Presentations**
*Regional Presentations*

April 21, 1993     "Summertime Smog and Hospital Admissions for Respiratory Illness", Environmental and Occupational Health Sciences Institute Seminar Series Lecture, UMDNJ-Robert Wood Johnson Medical School, Piscataway, NJ.

Dec .14, 1995     "Health Effects of Acidic Aerosols", NY State Dept. of Health, Wadsworth Center Seminar, Albany, NY

Jan. 18, 1996     "Outdoor Air Pollution and Asthma in Children " American Lung Association Press Briefing, New York, NY.

June 1, 1996     "Asthma and Urban Air Pollution", WHEACT, Harlem Hospital, New York, NY.

July17, 1996     "Asthma and Outdoor Air Pollution", Making the Connection: Urban Air Toxics & Public Health. Northeast States for Coordinated Air Use Management (NESCAUM), Roxbury, MA

Feb. 11, 1997     "Outdoor Air Pollution and Asthma", Bellevue Hospital Asthma Clinic *Grand Rounds*. New York City, NY.

Feb. 26, 1998     "Scientific Research for Ozone and Fine Particulate Standards ", Pace University School of Law, White Plains, NY

Nov. 30, 1998     "Outdoor Air Pollution and Asthma", Center for Urban and Environmental Studies (CUES), NY Academy of Medicine,, New York, NY

| | |
|---|---|
| Feb. 22, 1999 | "Asthma and Air Pollution", Cornell University, Ithaca, NY |
| April 28, 2001 | "Asthma and Air Pollution in New York City", NYC Council Environmental Candidate School, NY League of Conservation Voters, New York, NY. |
| Nov. 1, 2001 | "Air Quality and Environmental Impacts Due to the World Trade Center Disaster", Testimony before the Comm. on Environ. Protection, NYC Council, New York, NY. |
| Nov. 13, 2001 | "WTC Pollution Impacts in Lower Manhattan", Stuyvesant High School Parents Association General Meeting, Stuyvesant High School, New York, NY |
| Feb. 28, 2002 | "Lung Cancer Effects of Long-Term Exposure to Ambient Fine Particulate Matter", Mailman School of Public Health, Columbia University, New York, NY. |
| April 5, 2002 | "Air Pollution Impacts of the WTC Disaster", 23rd Annual Scientific Conference of the NY/NJ Education and Research Center: "Worker Health and Safety: Lessons Learned in the Aftermath of Sept. 11, 2001," Mt. Sinai School of Medicine, NYC, NY |
| April 21, 2002 | "Adverse Health Effects of Power Plant Air Pollution on Children" Earth Day 2002, 14th Street Y, New York City, NY. |
| May 23, 2002 | "Human Health Effects of Power Plant Pollution", Rockland County Conservation Association, Suffern, NY |
| May 31, 2002 | "Environmental Health Impacts of the World Trade Center Disaster", University of Rochester Medical School, Rochester, NY. |
| Sept. 19, 2002 | "Community Air Pollution Related to the World Trade Center Disaster". NYC Council Forum: The Environmental Health Consequences of 9/11: Where Do We Stand One Year Later? Borough of Manhattan Community College, New York City, NY. |
| Oct. 3, 2002 | "Community Exposures to Particulate Matter Air Pollution from the World Trade Center Disaster", Mount Sinai School of Medicine *Grand Rounds*, New York City, NY. |
| April 11, 2003 | "Environmental Impacts of the World Trade Center Disaster", NIEHS Public Interest Liaison Group, New York City, NY. |
| April 21, 2003 | "Asthma and Air Pollution", Airborne Threats to Human Health, NIEHS Town Hall Meeting, Syracuse, NY. |
| May 7, 2003 | "Asthma and Air Pollution in NY City" Environmental Candidate School for New York City Council Candidates, Wagner School, NYU, New York City, NY. |
| July 21, 2003 | "Health Effects of Particulate Matter Air Pollution", Ozone Transport Commission, Philadelphia, PA. |
| Nov. 18, 2004 | "Ambient Air Pollution Particulate Matter (PM): Sources and Health Impacts". U.S. Environmental Protection Agency, Region 2, New York City, NY. |
| Feb. 17, 2005 | "Community Air Pollution Aspects Of The Demolition Of 9-11 Contaminated Buildings". Testimony before the Committee On Lower Manhattan Redevelopment, New York City Council, New York City, NY. |
| Oct. 19, 2005 | Air Pollution Health Effects: Consideration of Mixtures. Fall Meeting of the Mid-Atlantic Chapter of the Society of Toxicology (MASOT), East Brunswick, NJ. |
| Dec.7, 2006 | Asthma and Air Pollution Effects in the South Bronx. New York City Child Health Forum, The Children's health Fund, Harlem, NYC, NY. |
| Jan. 18, 2007 | Air Pollution Effects in New York City. NYU Environmental Sciences Seminar Lecture, Washington Square, NYC, NY. |
| Jan. 23, 2007 | The South Bronx Backpack Study: Asthma and Air Pollution in NYC. Presented at the forum "High Asthma Rates in the Bronx: What Science Now Knows and Needs to Learn." New York Academy of Sciences, 7 World Trade Center, NYC, NY. |
| Oct. 2, 2009 | "Diesel Air Pollution and Asthma in New York City".  Brown Superfund Research Program. http://www.brown.edu/Research/SRP/thurston%20oct%202.pdf , Brown University, Providence, RI. |

June 19, 2012     "The Backpack Study of Asthma and Diesel Air Pollution in the South Bronx". Region 1 U.S. EPA, Citizen Science Workshop, New York City, NY.

*National Presentations*

Oct. 20, 1987.     NIEHS Symposium on the Health Effects of Acid Aerosols: "<u>Re-examination of London, England, Mortality in Relation to Exposure to Acidic Aerosols During 1963-1972 Winters</u>" RTP, NC.

Aug. 13, 1991     "<u>Kuwait Mortality Risks from SO$_2$ and Particles: Insights from the London Fogs</u>"' The Kuwait Oil Fires Conf., American Academy of Arts and Sciences, Cambridge, MA.

Jan. 24, 1994     "<u>Air Pollution Epidemiology: Is the Model the Message</u>?" The First Colloquium on Particulate Air Pollution and Human Morbidity and Mortality". Beckman Center of the NAS, Irvine, CA.

May 23, 1994     " <u>Epidemiological and Field Studies</u>". American Thoracic Society Annual Meeting, Boston, MA.

May 25, 1994     "<u>Epidemiological Evidence Linking Outdoor Air Pollution and Increased Hospital Admissions for Respiratory Ailments</u>" American Thoracic Society Annual Meeting, Boston, MA.

May 6, 1996     "<u>Associations Between PM$_{10}$ & Mortality in Multiple US Cities</u>". Second Colloquium on Particulate Air Pollution and Health. Park City, Utah.

Sept. 5, 1996     "<u>Particulate Matter Exposure Issues for Epidemiology</u>" U.S. EPA Particulate Matter Workshop, RTP, NC

April 3, 1997     "<u>Health Effects of Ambient Ozone & Particulate Matter</u>" Air and Waste Assoc. Regional Conference On Impacts of EPA's Proposed Changes to Ozone and PM Standards, Oak Brook, IL

April 22, 1998     "<u>The New EPA Standards for Ambient PM and Ozone</u>" American Lung Association Annual Meeting, Chicago, IL.

Dec. 21, 1999     "<u>Global Overview of Human Death and Illness due to Air Pollution</u>". California Air Resources, Sacramento, CA.

March 24, 2000     "<u>Estimating Ancillary Impacts, Benefits and Costs Of Proposed GHG Mitigation Policies For Public Health</u>" Resources for the Future, Wash., DC.

June 24, 2002     "<u>Investigations Into the Environmental Health Impacts Related to the WTC Disaster</u>" Air And Waste Management Annual Meeting, Baltimore, MD.

July 15, 2002     "<u>Air Pollution and Human Health</u>"  NIEHS Built Environment Conference, RTP, NC

July 26, 2002     "<u>The Human Health Effects of Power Plant Emissions and Associated Air Pollution</u>", The Environment & Health Forum, Physicians for Social Responsibility, Washington, DC.

October 7, 2002     "<u>Community Exposures to Particulate Matter Air Pollution from the World Trade Center Disaster</u>" Plenary Speaker at the American Association for Aerosol Research, Charlottesville, North Carolina.

Nov. 11, 2002     "<u>Characterization of Community Exposures to World Trade Center Disaster Airborne and Settled Dust Particulate Matter Air Pollution</u>", American Public Health Association Annual Meeting, Philadelphia, PA.

Dec. 5, 2002     "<u>Susceptibility of Older Adults to Air Pollution</u>", EPA Workshop on Differential Susceptibility of Older People to Environmental Hazards. National Academy of Sciences, Washington, DC.

Feb. 3, 2003     "<u>Health Effects of Particulate Matter Air Pollution</u>", National Air Quality Conference, U.S. EPA, San Antonio, Texas

May 17, 2003     "<u>Assessing the Influence of Particle Sources and Characteristics on Adverse Health Effects of PM</u>", PG18 - New Tools to Evaluate the Health Effects of Air Pollution in Epidemiologic Studies. American Thoracic Society Annual Meeting, Seattle, WA.

| | |
|---|---|
| Sep. 10, 2003 | "Nature and impact of World Trade Center Disaster fine particulate matter air pollution at a site in Lower Manhattan after September 11." Annual Meeting of the American Chemical Society, New York, NY. |
| October 20, 2003 | "Translating Air Pollution Risks to the Community" Annual Meeting of the NIEHS Center Directors, Baltimore, MD. |
| May 18, 2004 | "The Health Imperative for Implementation of the Clean Air Act" State and Territorial Air Pollution Program Administrators/ Association of Local Air Pollution Control Officials (STAPPA/ALAPCO) National Conference, Point Clear, Alabama. |
| Oct. 18, 2004 | "NIEHS Centers' Investigations of the World Trade Center Collapse Pollution Exposures and Effects: A Public Health Collaboration" National Institute of Environmental Health Sciences Center Directors' Meeting, Research Triangle Park, NC. |
| May 25, 2005 | "Human Health Effects Associated with Sulfate Aerosols", American Thoracic Society Annual Meeting, San Diego, CA |
| Oct. 24, 2005 | "The Science Behind the Particulate Matter (PM) Standards" State and Territorial Air Pollution Program Administrators/ Association of Local Air Pollution Control Officials (STAPPA/ALAPCO) National Conference, Alexandria, Virginia. |
| Oct. 14, 2008 | "Diesel Air Pollution and Asthma Exacerbations in a Group of Children with Asthma" Annual Meeting of the International Society for Environmental Epidemiology (ISEE). Pasadena, California. |
| Feb. 26, 2010 | "What studies are appropriate to use to estimate health impacts from specific sources such as diesel PM?" CARB Symposium: *Estimating Premature Deaths from Long-term Exposure to PM$_{2.5}$"*. Sacramento, CA. |
| May 6, 2011 | "Lung Cancer Risks from Exposure to Fine Particle Air Pollution" NYU Cancer Institute Symposium: "Cancer and the Environment", NYC, NY. |
| May 16, 2012 | "The Human Health Effects of Air Pollution" The Air We Breathe: Regional Summit on Asthma and Environment at Allegheny General Hospital, Pittsburgh, PA. |
| June 20, 2013 | "Particles in our Air: A Global Health Risk", Northeastern University, Research Seminar. Boston, MA. |

*International Presentations*

| | |
|---|---|
| May 1, 1987 | "Acid Aerosols: Their Origins, Occurrence, and Possible Health Effects", Canadian Environmental Health Directorate Seminar, Health and Welfare Canada, Ottawa, Canada |
| July 2, 1987 | "Health Effects of Air Pollution in the US", University of Sao Paulo, Sao Paulo, Brasil |
| Feb. 5, 1991 | "Results from the Analysis of Toronto Summer Sulfate and Aerosol and Acidity Data", Workshop on Current Use and Future Directions of Hospital-Based Data in the Assessment of the Effects of Ambient Air Pollution on Human Health. Health and Welfare Canada, Ottawa, Canada. |
| April 23, 1997 | "An Evaluation of the Role of Acid Aerosols in Particulate Matter Health Effects", Conference on the Health Effects of Particulate Matter in Ambient Air. Air & Waste Management Association, Prague, Czech Republic. |
| May 12, 1998 | "The Health Effects of PM and Ozone Air Pollution", Air Pollution: Effects on Ontario's Health and Environment. Ontario Medical Association, Toronto, Canada |
| Nov. 1, 1999 | "Climate Change and the Health Impacts of Air Pollution". The Public Health Opportunities and Hazards of Global Warming Workshop at the U.N. Framework Convention on Climate Change, Conference of Parties (COP5), Bonn, Germany. |
| August 31, 2000 | "Particulate Matter Air Pollution and Health in three Northeastern Cities", World Congress on Lung Health, Florence, Italy |
| January 29, 2001 | "PM Exposure Assessment and Epidemiology", NERAM International Colloquia: Health and Air Quality: Interpreting Science for Decision Makers. Ottawa, Canada. |

Feb. 4-5, 2002:  "Air Pollution Exposure Assessment Approaches in U.S. Long-Term Health Studies", Workshop on Exposure Assessment in Studies on the Chronic Effects of Long-term Exposure to Air Pollution, World Health Organization, Bonn, Germany

May 2, 2002  "Health Effects of Sulfate Air Pollution" Air Pollution as a Climate Forcing Workshop, East-West Center, Honolulu, Hawaii

Sept. 24, 2003  "Identification and Characterization of World Trade Center Disaster Fine Particulate Matter Air Pollution at a Site in Lower Manhattan Following September 11." Annual Meeting of the International Society for Environmental Epidemiology (ISEE). Perth, Australia.

Dec. 1, 2003  "Terrorism and the Pulmonary Effects of the World Trade Center Disaster Particulate Matter Air Pollution", British Thoracic Society, London, England.

Sept 14, 2005  "Results And Implications of The Workshop on the Source Apportionment of PM Health Effects", Annual Meeting of the International Society for Environmental Epidemiology (ISEE). Johannesburg, South Africa.

Sept. 4, 2006  "A Source Apportionment of U.S. Fine Particulate Matter Pollution for Health Effects Analysis", Annual Meeting of the International Society for Environmental Epidemiology (ISEE).  Paris, France.

Sept. 4, 2007  "Applying Attributable Risk Methods to Identify Susceptible Subpopulations", Annual Meeting of the International Society for Environmental Epidemiology (ISEE).  Mexico City, Mexico.

Aug. 27, 2009  "Ischemic Heart Disease Mortality Associations with Long-Term Exposure to $PM_{2.5}$ Components", Annual Meeting of the International Society for Environmental Epidemiology (ISEE).  Dublin, Ireland.

Dec. 1, 2010  "The Hidden Air Quality Health Benefits of Climate Change Mitigation". The Energy and Resources Institute (TERI), Lodhi Road, New Delhi, India.

July 17, 2012  "Recent Findings on the Mechanisms and Health Risks of Particulate Matter Air Pollution", European Centre for Environment & Human Health, Truro, England.

Aug. 29, 2012  "Health Effects of PM Components: NYU NPACT Epidemiology Results and their Integration with Toxicology Results", Annual Meeting of the International Society for Environmental Epidemiology (ISEE). Columbia, SC.

May 20, 2013  "Long-term $PM_{2.5}$ Exposure and Mortality in the NIH-AARP Cohort", Annual Meeting of the American Thoracic Society (ATS). Philadelphia, PA.

Oct. 27, 2013  "Human Health Effects and Global Implications of Particle Air Pollution", Center of Excellence in Exposure Science and Environ. Health, Technion University, Haifa, Israel.

**Scientific Meeting Sessions Chaired**

May 1, 1996  "Epidemiological Findings",  2nd Colloquium on Particulate Air Pollution & Health. Park City, UT.

May 14, 1996  "Particulate Toxicity", American Thoracic Society Annual Meeting, New Orleans, LA.

Jan. 30, 1998  "Evaluation of PM Measurement Methods". $PM_{2.5}$: A Fine Particulate Standard Specialty Conference. Los Angeles, CA.

August 18, 1998  "Communities and Airports: How to Co-Exist?", Annual Meeting of the International Society for Environmental Epidemiology (ISEE). Boston, MA.

April 28, 1998  "Clean Air Act Update", American Thoracic Society Annual Meeting, Chicago, IL.

Oct. 21, 1998  "Health Effects and Regulatory Issues in PM", Particulate Methodology Workshop,. U.S. EPA Center, for Statistics and the Env., Univ. of Washington, Seattle, WA.

April 26, 1999  "Pulmonary Smoking and Air Pollution Epidemiology." American Thoracic Society Annual Meeting, San Diego, CA

Sept. 6, 1999  "Personal exposures to Gases and Particles", Annual Conference of the International Society for Environmental Epidemiology (ISEE), Athens, Greece.

| | |
|---|---|
| March 31, 2000 | "Epidemiology: Particles, Co-pollutants & Morbidity and Mortality",  Workshop on Inhaled Environmental/Occupational Irritants and Allergens: Mechanisms of Cardiovascular Responses, American Thoracic Society, Scottsdale, AZ |
| Jan. 26, 2000 | "Epidemiology of Particulate Matter Air Pollution", PM2000 Specialty Conference, Air & Waste Management Assoc., Charleston, SC |
| May 8, 2000 | "Outdoor Air Pollution: Epidemiologic Studies", American Thoracic Society Annual Meeting, Toronto, Canada |
| Sept. 5, 2001 | "Mortality Epidemiology Studies", Annual Meeting of the International Society for Environmental Epidemiology (ISEE). Garmisch, Germany. |
| May 20, 2002 | "After September 11: Bio-terrorism and The Environmental Health Aftermath of The World Trade Center Disaster", Plenary Session.  American Thoracic Society Annual Meeting, Atlanta, GA. |
| April 1, 2003 | "Epidemiology: Short-Term and Long-Term Health Effects", Conference on Particulate Matter: Atmospheric Sciences, Exposure, and the Fourth Colloquium on PM and Human Health, Pittsburgh, PA |
| May 19, 2003 | "Particulate Air Pollution and Diseases in Adults", American Thoracic Society Annual Meeting, Seattle, WA. |
| May 21, 2003 | "Air Pollution as a Cause of Childhood Asthma and Chronic Airway Disease", American Thoracic Society Annual Meeting, Seattle, WA. |
| Sept. 2003 | "Unexplained Medical Symptoms",  Annual Meeting of the International Society for Environmental Epidemiology (ISEE).  Perth, Australia. |
| Sept. 25, 2005 | "Technology and Health", Annual Meeting of the International Society for Environmental Epidemiology (ISEE).  Johannesburg, South Africa. |
| June 22, 2006 | "Characteristics of PM and Related Considerations", Annual Meeting of the Air and Waste Management Association, New Orleans, LA. |
| Sept. 3, 2006 | "Air Pollution Mechanisms", Annual Meeting of the International Society for Environmental Epidemiology (ISEE). Paris, France. |
| Sept. 20, 2006 | "Linkage and Analysis of Air Quality and Health Data", EPA & CDC Symposium on Air Pollution Exposure and Health, RTP, NC |
| Sept. 5, 2007 | "Radiation Exposures and Health Risks", 2007 Annual Meeting of the International Society for Environmental Epidemiology (ISEE).  Mexico City, Mexico |
| Aug. 26, 2009 | "Exploring the Range of Methodological Approaches Available for Environmental Epidemiology." 2009 Annual Meeting of the International Society for Environmental Epidemiology (ISEE).  Dublin, Ireland |
| March 23, 2010 | "Exposure to and Health Effects of Traffic Pollution", 2010 American Association for Aerosol Research Conference on Air Pollution and Health, San Diego, CA. |
| Sept. 16, 2011 | "Susceptibility to Air Pollution", 2011 Annual Meeting of the International Society for Environmental Epidemiology (ISEE). Barcelona, Spain. |
| Aug. 27, 2012 | "Source Apportionment Of Outdoor Air Pollution: Searching For Culprits". 2012 Annual Meeting of the International Society for Environmental Epidemiology (ISEE).  Columbia, SC. |
| Aug. 21, 2013 | "Source-specific health effects of air pollution". 2013 Annual Meeting of the International Society for Environmental Epidemiology (ISEE).  Basel, Switzerland. |

## Bibliography

*Invited Journal Editorials*

Thurston GD and Bates DM, Air Pollution as an Underappreciated Cause of Asthma Symptoms, 2003. JAMA, 290:14, pp. 1915-1916  (2003).

Thurston G.D. (2006). Hospital admissions and fine particulate air pollution. JAMA.  Oct 25; 296(16):1966.

Thurston G.  (2007). Air pollution, human health, climate change and you.  Thorax. 2007 Sep; 62 (9): 748-9.

Thurston GD, Balmes JR; Particulate matter and the environmental protection agency: setting the right standard. Environmental Health Policy Committee of the American Thoracic Society. Am J Respir Cell Mol Biol. 2012 Dec;47(6):727-8. doi: 10.1165/rcmb.2012-0414ED.

Thurston GD. (2013). Mitigation Policy: Health Co-Benefits. Nature Climate Change. Oct. (3) 863-864.


*Book Chapters*

Thurston, G.D. and Leber, M. The relationship between asthma and air pollution.  In: *Emergency Asthma* (ed.: B. Brenner), pp. 127-144.  Marcel-Dekker, New York, NY (1999).

Thurston, G.D. and Ito, K.  Epidemiological studies of ozone exposure effects.  In: *Air Pollution and Health* (ed.: S. Holgate and H. Koren).  Academic Press. London. pp. 485-510 (1999).

Chen, LC, Thurston, G, and Schlesinger, RB.  Acid Aerosols as a Health Hazard.  In: *Air Pollution and Health* (ed.: J. Ayres, R. Maynard, and R. Richards).  Air Pollution reviews: Vol. 3.  Imperial College Press.  London. pp. 111-161 (2006).

Thurston, G.D. and Wallace, L. Air Pollution: Outdoor and Indoor Sources.  In: *Environmental and Occupational Medicine*, 4th Edition (Eds.: W. Rom and S. Markowitz). Lippincott, Williams, and Wilkins, Philadelphia (2006).

Thurston, G.D.  Air Pollution.  In: *Encyclopedia of Public Health* (ed. K. Heggenhougen) Elsevier Press. (2007).

Thurston, G.D and Bell, M.  Aerosols, global climate, and the human health co-benefits of climate change mitigation. In *Aerosol Handbook* (2nd edition) (eds.: Lev S. Ruzer and Naomi H. Harley). CRC Press (2012).

Thurston, G. and Bell, M. The Human Health Co-benefits of Air Quality Improvements Associated with Climate Change Mitigation.  In. Global Climate Change and Public Health (eds. Kent E. Pinkerton and William N. Rom). Humana Press (2013).

*National Academy Committee Books Co-Authored*

National Research Council (NRC), *Waste Incineration & Public Health.*  Committee on Health Effects of Waste Incineration.  Board on Environmental Studies and Toxicology.  National Academy Press, Washington, DC (2000).

*International Reports Co-Authored*

Health Canada, *Health and Environmental Impact Assessment Panel Report*, "Joint Industry/Government Study: Sulfur in Gasoline and Diesel Fuels". Ottawa, Canada.  (1997).

World Health Organization (WHO), *Exposure assessment in studies on the chronic effects of long-term exposure to air pollution.*  Report EUR/03/5039759.  Geneva, Switzerland (2003).


*Peer Reviewed Journal Articles/Letters*

Thurston, G.D.  General Discussion:  Atmospheric dispersion modeling - A critical review.  J. Air Pollut. Control Assoc. 29: 939 (1979).

Thurston, G.D.  Discussion of multivariate analysis of particulate sulfate and other air quality variables by principal components - part I.  Annual data from Los Angeles and New York. Atmos. Environ. 15: 424-425 (1981).

Thurston, G.D., J.D. Spengler and P.J. Samson.  An assessment of the relationship between regional pollution transport and trace elements using wind trajectory analysis.  Receptor Models Applied to Contemporary Pollution Problems, Ed. E. Frederick, Air Pollution Control Association, Pittsburgh, PA (1982).

Spengler, J.D. and G.D. Thurston.  Mass and elemental composition of fine and coarse particles in six U.S. cities.  J. Air Poll. Control Assoc. 33: 1162-1171 (1983).

Currie, L., R. Gerlach, C. Lewis, W.D. Balfour, J. Cooper, S. Dattner, R. DeCesar, G. Gordon, S. Heisler, P. Hopke, J. Shah and G. Thurston.  Inter-laboratory comparison of source apportionment procedures:  Results for simulated data sets.  Atmos. Environ. 18: 1517-1537 (1984).

Thurston, G.D. and J.D. Spengler.  A quantitative assessment of source contributions to inhalable particulate matter in metropolitan Boston, Massachusetts.  Atmos. Environ. 19: 9-25 (1985).

Thurston, G.D. and N.M. Laird.  Letters: Tracing aerosol pollution.  Science 227: 1406-1407 (1985).

Thurston, G.D. and J.D. Spengler.  A multivariate assessment of meteorological influences on inhalable particle source impacts.  J. Clim. and Appl. Met. 24: 1245-1256 (1985).

Ozkaynak, H., J.D. Spengler, A. Garsd and G.D. Thurston.  Assessment of population health risks resulting from exposures to airborne particles.  Aerosols:  Second U.S.-Dutch International Symposium, Lewis Publishing Co., December 1985 (Peer Reviewed).

Ozkaynak, H., A.D. Schatz, G.D. Thurston, R.G. Isaacs and R.B. Husar.  Relationships between aerosol extinction coefficients derived from airport visual range observations and alternative measures of airborne particle mass.  J. Air Pollut. Control Assoc. 35: 1176-1185 (1985).

Thurston, G.D. and P.J. Lioy.  Receptor modeling and aerosol transport.  Atmos. Environ. 21: 687-698 (1987).

Ozkaynak, H., and G.D. Thurston.  Associations between 1980 U.S. mortality rates and alternative measures of airborne particle concentration.  Risk Analysis 7: 449-460 (1987).

Lioy, P.J., D. Spektor, G. Thurston, N. Bock, F. Speizer, C. Hayes and M. Lippmann.  The design considerations for ozone and acid aerosol exposure and health investigation:  The Fairview Lake Summer Camp-Photochemical Smog Case Study.  Environ. Int'l.  13: 27-83 (1987).

Spektor, D.M., M. Lippmann, P.J. Lioy, G.D. Thurston, K. Citak, D.J. James, N. Bock, F.E. Speizer and C. Hayes.  Effects of ambient ozone on respiratory function in active normal children.  Am. Rev. Resp. Dis. 137: 313-320 (1988).

Lippmann, M. and G.D. Thurston.  Exposure Assessment - Input into risk assessment.  Arch. Environ. Health 43: 113-123 (1988).

Spektor, D.M., M. Lippmann, G.D. Thurston, P.J. Lioy, J. Stecko, G. O'Connor, E. Garshick, F.E. Speizer, and C. Hayes.  Effects of ambient ozone on respiratory function in healthy adults exercising outdoors.  Am. Rev. Resp. Dis. 138: 821-828 (1988).

Ito, K. and G.D. Thurston.  Characterization and reconstruction of historical London England acidic aerosol concentrations.  Environ. Health Presp. 79: 35-42 (1989).

Thurston, G.D., K. Ito, M. Lippmann, and C. Hayes.  Re-examination of London mortality in relation to exposure to acidic aerosols during 1962-1973 winters.  Environ. Health Persp. 79: 73-82 (1989).

Waldman, J.M., P.J. Lioy, G.D. Thurston and M. Lippmann.  Spatial and temporal patterns in summertime sulfate aerosol acidity and neutralization within a metropolitan area.  Atmos. Environ. 24B: 115-126 (1990).

Echalar, E., P. Artaxo and G.D. Thurston.  Source apportionment of aerosols in the industrial area of Cubatao, Brazil.  In:  Aerosols:  Science, Industry, Health and Environment (S. Masuda and K. Takahashi, Eds.), pp. 942-945, Pergamon Press (1990).

Spektor, D.M., V.A. Hofmeister, P. Artaxo, J. Brague, F. Echelar, D.P. Nogueria, C. Hayes, G.D. Thurston and M. Lippmann.  Effects of heavy industrial pollution on respiratory function in the children of Cubatao, Brazil:  A preliminary report.  Environ. Health Persp. 94: 51-54 (1991).

Waldman, J.M., S.K.C. Liang, P.J. Lioy, G.D. Thurston, and M. Lippmann.  Measurements of sulfate aerosol and its acidity in the $SO_2$ source region of Chestnut Ridge, PA.  Atmos. Environ. 25A: 1327-1333 (1991).

Spektor, D.M., G.D. Thurston, J. Mao, D. He, C. Hayes, and M. Lippmann. Effects of single and multiday ozone exposures on respiratory function in active normal children. Environ. Res. 55: 107-122 (1991).

Thurston, G.D. and H. Ozkaynak. Letters: Air pollution and mortality. Science 225: 382-383 (1992).

Thurston, G.D., J.F. Gorczynski Jr., P. Jaques, J. Currie and D. He. An automated sequential sampling system for particulate acid aerosols: Description, characterization and field sampling results. J. Exposure Anal. Environ. Epidemiol. 2: 415-428 (1992).

Thurston, G.D., K. Ito, P. Kinney and M. Lippmann. A multi-year study of air pollution and respiratory hospital admissions in three New York State metropolitan areas: Results for 1988 and 1989 summers. J. Exposure Anal. and Environ. Epidemiol. 2: 429-450 (1992).

Jaques, P.A., G.D. Thurston, P.L. Kinney, and J.E. Gorczynski, Jr. Precision of an ambient sequential acid aerosol sampling system. Appl. Occup. Environ. Hyg. 8: 313-316 (1993).

Kinney, P.L. and G.D. Thurston. Field evaluation of instrument performance: Statistical considerations. Appl. Occup. Environ. Hyg. 8: 267-271 (1993).

Ito, K., G.D. Thurston, C. Hayes, and M. Lippmann. Associations of London, England daily mortality with particulate matter, sulfur dioxide, and acidic aerosol pollution. Arch. Environ. Health 48: 213-220 (1993).

Thurston, G.D., K. Ito, M. Lippmann and D.V. Bates. Respiratory hospital admissions and summertime haze air pollution in Toronto, Ontario: Consideration of the role of acid aerosols. Environ. Res. 65: 271-290 (1994).

Thurston, G.D., J.E. Gorczynski, J.H. Currie, D. He, K. Ito, M. Lippmann, J. Waldman and P. Lioy. The nature and origins of acid aerosol pollution measured in Metropolitan Toronto, Ontario. Environ. Res. 65:254-270 (1994).

Kinney, P.L., Ito, K., and Thurston, G.D. A sensitivity analysis of mortality/PM10 associations in Los Angeles. Inhal. Toxicol. 7:59-69 (1995).

Thurston, G.D. and Kinney, P.L. Air pollution epidemiology: Considerations in time-series modeling. Inhal. Toxicol. 7:71-83 (1995).

Ito, K., Kinney, P., Christie, E., and Thurston, G.D. Variations in PM10 concentrations within two metropolitan areas and their implications to health effects analyses. Inhal. Toxicol. 7:735-745 (1995).

Waldman, J. M., Koutrakis, P., Allen, G.A., Thurston, G.D., Burton, R.M., and Wilson, W.E. Human Exposures to Particle Strong Acidity. Inhal. Toxicol. 7:657-670 (1995).

Thurston, G. Measurement methods to determine compliance with ambient air quality standards for suspended particles: Discussant. J. Air & Waste Manage. Assoc. 45:667-668 (1995).

Kinney, P.L., Thurston, G.D., and Raizenne, M. (1996) The effects of ambient ozone on lung function in children: a reanalysis of six summer camp studies. Environ. Health Perspect. 104:170-174.

Thurston, G.D. A critical review of PM10-mortality time-series studies. J. Exposure Anal. and Environ. Epidemiol. 6:3-22 (1996).

Ozkaynak, H., Xue, J., Zhou, H., Spengler, J.D., and Thurston, G.D. Intercommunity Differences in Acid Aerosol ($H^+$)/Sulfate ($SO_4^+$) Ratios. J. Exposure Anal. and Environ. Epidemiol. 6:57-78 (1996).

Ito, K. and Thurston, G.D. Daily PM10/mortality associations: An investigation of at-risk subpopulations. J. Exposure Anal. and Environ. Epidemiol. 6:79-96 (1996).

Lippmann, M. and Thurston, G.D. Sulfate concentrations as an indicator of ambient particulate matter air pollution for health risk evaluations. J. Exposure Anal. and Environ. Epidemiol. 6:123-146 (1996).

Thurston, G. D., Lippmann, M., Scott, M.B., and; Fine, J.M. Summertime haze air pollution and children with asthma. Am. J. Respir. and Crit. Care Med. 155:654-660 (1997).

Thurston, G.D. Mandating the release of health research data: issues and implications. *Tulane Environmental Law Journal.* 11(2):331-354 (1998).

Thurston, G.D. The health benefits of the U.S. EPA clean air standards. *Pace Environmental Law Review*. 16:1 (1998)

Cassino, C., Ito, K., Bader, I., Ciotoli, C., Thurston, G., and Reibman, J. Cigarette smoking and ozone-associated emergency department use for asthma by adults in New York City. *Am. J. Respir. Crit. Care Med.*. 159:1773-1779 (1999).

Gwynn, R.C., Burnett, R.T., and Thurston, G.D. A time-series analysis of acidic particulate matter and daily mortality and morbidity in the Buffalo, New York, region. Environ. Health Perspect. 108(2):125-133 (2000).

Cifuentes, L., Borja-Aburto, V., Gouveia, N., Thurston, G., and Davis, D. Assessment of the urban air pollution benefits of global warming mitigation: Santiago, São Paulo, Mexico City, and New York City. Environ. Health Perspect. 109, Supplement 3:419-425 (2001).

Thurston, G.D. and Ito K. Epidemiological studies of acute ozone exposures and mortality. J. Expo. Anal. Environ. Epidemiol. 11(4):286-294 (2001).

Gwynn, R.C. and Thurston, G.D. The burden of air pollution: Impacts in racial minorities. Environ. Health Perspect. 109 Suppl 4:501-506 (2001).

Cifuentes, L., Borja-Aburto, V.H., Gouveia, N., Thurston, G., and Davis, D.L. Climate change. Hidden health benefits of greenhouse gas mitigation. Science 293(5533):1257-1259 (2001).

Pope, C.A. III, Burnett, R.T., Thun, M.J., Calle, E.E., Krewski, D., Ito, K., and Thurston, G.D. Lung cancer, cardiopulmonary mortality and long-term exposure to fine particulate air pollution. J. Am. Med. Assoc. (JAMA) 287(9):1132-1141 (2002). PMID: 11879110.

Chen LC, Thurston G. World Trade Center Cough. Lancet. 2002 Dec;360 Suppl:s37-38.

Thurston GD, Chen LC. Risk communication in the aftermath of the World Trade Center disaster. Am J Ind. Med. Dec;42(6):543-4 (2002).

De Leon SF, Thurston GD, Ito K. Contribution of respiratory disease to nonrespiratory mortality associations with air pollution. Am J Respir Crit Care Med. Apr 15;167(8):1117-23 (2003).

Pope CA, Burnett R, Thurston, GD, Thun M, Calle E, Krewski, D, Godleski, J. Cardiovascular Mortality and Long-Term Exposure to Particulate Air Pollution: Epidemiological Evidence of General Pathophysiological Pathways of Disease. Circulation Jan 6;109 (1):71-7 (2004).

Landrigan PJ, Lioy PJ, Thurston G, Berkowitz G, Chen LC, Chillrud SN, Gavett SH, Georgopoulos PG, Geyh AS, Levin S, Perera F, Rappaport SM, Small C; NIEHS World Trade Center Working Group. Health and environmental consequences of the World Trade Center disaster. Environ Health Perspect. May;112(6):731-9 (2004).

Ito K, De Leon S, Thurston GD, Nadas A, Lippmann M. Monitor-to-monitor temporal correlation of air pollution in the contiguous US. J Expo Anal Environ Epidemiol. Jun:16 (2004).

Ito K , Xue N, Thurston G. (2004). Spatial variation of $PM_{2.5}$ chemical species and source-apportioned mass concentrations in New York City. Atmos. Environ. 38: 5269–5282.

Lall R, Kendall M, Ito K, Thurston G. Estimation of historical annual $PM_{2.5}$ exposures for health effects assessment. Atmos. Environ. V38:31, pp. 5217-5226 (2004).

Maciejczyk, PB, Offenberg, JH, Clemente J, Blaustein M, Thurston G., Chen LC. Ambient pollutant concentrations measured by a mobile laboratory in South Bronx, NY. Atmospheric Environment. V38:31, pp. 5295-5304 (2004).

Restrepo C, Zimmerman R, Thurston G, Clemente J, Gorczynski J, Zhong M, Blaustein M, and Chen LC. A comparison of ground-level air quality data with New York State Department of

Environmental Conservation monitoring stations data in South Bronx, New York.  Atmospheric Environment.  V38:31, pp. 5283-5294 (2004).

Trasande L, and Thurston, GD. The role of air pollution in asthma and other pediatric morbidity. J. of Allergy & Clinical Immunol. Apr;115(4):689-99 (2005).

Krewski D, Burnett R, Jerrett M, Pope CA, Rainham D, Calle E, Thurston G, Thun M. Mortality and long-term exposure to ambient air pollution: ongoing analyses based on the American Cancer Society cohort.  J Toxicol. Environ Health A. Jul 9-23;68(13-14):1093-109 (2005).

Jerrett M, Burnett RT, Ma R, Pope CA 3rd, Krewski D, Newbold KB, Thurston G, Shi Y, Finkelstein N, Calle EE, Thun MJ. Spatial analysis of air pollution and mortality in Los Angeles. Epidemiology. 2005 Nov;16(6):727-36.

Krewski D, Jerrett M, Burnett RT, Ma R, Hughes E, Shi Y, Turner MC, Pope CA 3rd, Thurston G, Calle EE, Thun MJ, Beckerman B, DeLuca P, Finkelstein N, Ito K, Moore DK, Newbold KB, Ramsay T, Ross Z, Shin H, Tempalski B. Extended follow-up and spatial analysis of the American Cancer Society study linking particulate air pollution and mortality.  Res Rep Health Eff Inst. 2009 May;(140):5-114

Thurston GD, Ito K, Mar T, Christensen WF, Eatough DJ, Henry RC, Kim E, Laden F, Lall R, Larson TV, Liu H, Neas L, Pinto J, Stolzel M, Suh H, Hopke PK.  Workgroup report: workshop on source apportionment of particulate matter health effects--intercomparison of results and implications.  Environ Health Perspect. 2005 Dec;113(12):1768-74.

Ito K, Christensen WF, Eatough DJ, Henry RC, Kim E, Laden F, Lall R, Larson TV, Neas L, Hopke PK, Thurston GD.  PM source apportionment and health effects: 2. An investigation of intermethod variability in associations between source-apportioned fine particle mass and daily mortality in Washington, DC.  J Expo Sci Environ Epidemiol. 2006 Jul;16(4):300-10.

Mar TF, Ito K, Koenig JQ, Larson TV, Eatough DJ, Henry RC, Kim E, Laden F, Lall R, Neas L, Stolzel M, Paatero P, Hopke PK, Thurston GD. PM source apportionment and health effects. 3. Investigation of inter-method variations in associations between estimated source contributions of PM(2.5) and daily mortality in Phoenix, AZ.  J Expo Sci Environ Epidemiol. 2006. Jul;16(4):311-20.

Hopke PK, Ito K, Mar T, Christensen WF, Eatough DJ, Henry RC, Kim E, Laden F, Lall R, Larson TV, Liu H, Neas L, Pinto J, Stolzel M, Suh H, Paatero P, Thurston GD., PM source apportionment and health effects: 1. Intercomparison of source apportionment results.  J Expo Sci Environ Epidemiol. 2006 May;16(3):275-86.

Lall R and Thurston G. (2006).  Identifying and quantifying transported vs. local sources of New York City PM$_{2.5}$ fine particulate matter air pollution.  Atmospheric Environment, 40: S333–S346.

Ito K, Thurston GD, Silverman RA. Characterization of PM2.5, gaseous pollutants, and meteorological interactions in the context of time-series health effects models.  J Expo Sci Environ Epidemiol. 2007 Dec;17 Suppl 2:S45-60.

Kim JY, Burnett RT, Neas L, Thurston, G.D., Schwartz J, Tolbert PE, Brunekreef B, Goldberg MS, Romieu I.  Panel discussion review: session two--interpretation of observed associations between multiple ambient air pollutants and health effects in epidemiologic analyses.  J Expo Sci Environ Epidemiol. 2007 Dec;17 Suppl 2:S83-9.

Ross Z, Jerrett M, Ito K, Tempalski, Thurston G. A land use regression for predicting fine particulate matter concentrations in the New York City region. 2007.  Atmospheric Environment. 41: 2255-2269.

Jerrett M, Newbold KB, Burnett RT, Thurston G., Lall R., Pope C. A.  III, Ma R, De Luca P,  Thun M., Calle J, Krewski D.  Stoch. Environ. Res. Risk Assess.  Geographies of uncertainty in the health benefits of air quality improvements. 2007. Volume 21, No. 5: 511-522.

Ito K, Thurston GD, Silverman RA. Characterization of PM$_{2.5}$, gaseous pollutants, and meteorological interactions in the context of time-series health effects models.  J Expo Sci Environ Epidemiol. 2007 Dec;17 Suppl 2:S45-60.

Bell ML, Davis DL, Cifuentes LA, Krupnick AJ, Morgenstern RD, Thurston GD. Ancillary human health benefits of improved air quality resulting from climate change mitigation. Environ Health. 2008 Jul 31;7:41.

Thurston GD, Bekkedal MY, Roberts EM, Ito K, Arden Pope C 3rd, Glenn BS, Ozkaynak H, Utell MJ. (2009). Use of health information in air pollution health research: Past successes and emerging needs. J Expo Sci Environ Epidemiol. 2009 Jan;19(1):45-58. Epub 2008 Sep 10.

Jerrett M, Burnett RT, Pope C. A. III, Ito K, Thurston G., Krewski D., Shi Y., Calle J, Thun M., The Contribution of Long-Term Ozone Exposure to Mortality. NEJM. 360;11 March 12, 2009. PMID: 19279340.

Ying Z, Kampfrath T, Thurston G, Farrar B, Lippmann M, Wang A, Sun Q, Chen LC, Rajagopalan S. Ambient particulates alter vascular function through induction of reactive oxygen and nitrogen species. Toxicol Sci. 2009 Sep;111(1):80-8. Epub 2009 Jan 30.

McKean-Cowdin R, Calle EE, Peters JM, Henley J, Hannan L, Thurston GD, Thun MJ, Preston-Martin S. Ambient air pollution and brain cancer mortality. Cancer Causes Control. 2009 Nov;20(9):1645-51. Epub 2009 Aug 15.

Smith KR, Jerrett M, Anderson HR, Burnett RT, Stone V, Derwent R, Atkinson RW, Cohen A, Shonkoff SB, Krewski D, Pope CA 3rd, Thun MJ, Thurston G. Public health benefits of strategies to reduce greenhouse-gas emissions: health implications of short-lived greenhouse pollutants. Lancet. 2009 Dec 19;374(9707):2091-103. PMID: 19942276.

Chen L; Hwang J; Lall, R; Thurston, G; Lippmann, M. Alteration of cardiac function in ApoE-/- mice by subchronic urban and regional inhalation exposure to concentrated ambient PM 2.5. Inhalation toxicology. 2010 Jun;22(7):580-92.

Spira-Cohen A, Chen LC, Kendall M, Sheesley R, Thurston GD. (2010). Personal exposures to traffic-related particle pollution among children with asthma in the South Bronx, NY. J Expo Sci Environ Epidemiol. 2010 Jul;20(5):446-56. Epub 2009 Oct 28.

Ito K, Mathes R, Ross Z, Nádas A, Thurston G, and Matte T. Fine Particulate Matter Constituents Associated with Cardiovascular Hospitalizations and Mortality in New York City Environmental Health Perspectives (EHP). 2011 Apr; 119(4):467-73. [Epub Dec. 2010 ahead of print]

Lall R, Ito K, Thurston G. Distributed Lag Analyses of Daily Hospital Admissions and Source-Apportioned Fine Particle Air Pollution. Environmental Health Perspectives (EHP). 2011 Apr; 119(4):455-60. PMC3080925.

Zhou J, Ito K, Lall R, Lippmann M, Thurston G. Time-series Analysis of Mortality Effects of Fine Particulate Matter Components in Detroit and Seattle. Environ Health Perspect. 2011 Apr;119(4):461-6. PMCID: PMC3080926.

Spira-Cohen A, Chen LC, Kendall M, Lall R, Thurston GD. Personal Exposures to Traffic-Related Air Pollution and Acute Respiratory Health Among Bronx School Children with Asthma. Environ Health Perspect. 2011 Apr;119(4):559-65. PMCID: PMC3080941.

Thurston G., Ito K, and Lall R. A Source Apportionment of U.S. Fine Particulate Matter Air Pollution. Atmospheric Environment. 2011Aug. 45(24): 3924-3936. PMCID: PMC3951912.

Brauer M, Amann M, Burnett RT, Cohen A, Dentener F, Ezzati M, Henderson SB, Krzyzanowski M, Martin RV, Van Dingenen R, van Donkelaar A, Thurston GD. (2012). Exposure Assessment for Estimation of the Global Burden of Disease Attributable to Outdoor Air Pollution. Environ Sci Technol. Environ Sci. Technol. 2012 Jan 17;46(2):652-60. PMID: 22148428.

Restrepo CE, Simonoff JS, Thurston GD, Zimmerman R (2012) Asthma Hospital Admissions and Ambient Air Pollutant Concentrations in New York City. Journal of Environmental Protection, Vol. 3 No. 9, 2012, pp. 1102-1116.

Murray CJ, Vos T, Lozano R, et al. (2012) Disability-adjusted life years (DALYs) for 291 diseases and injuries in 21 regions, 1990-2010: a systematic analysis for the Global Burden of Disease Study 2010. Lancet. Dec 15; 380(9859):2197-223.

Lim S, Vos T, Flaxman A, et al. (2012) A comparative risk assessment of burden of disease and injury attributable to 67 risk factors and risk factor clusters in 21 regions, 1990-2010: a systematic analysis for the Global Burden of Disease Study 2010. Lancet. Dec 15;380(9859):2224-60.

Vos T, Flaxman AD, Naghavi M, Lozano R et al. (2012). Years lived with disability (YLDs) for 1160 sequelae of 289 diseases and injuries 1990-2010: a systematic analysis for the Global Burden of Disease Study 2010. Lancet Dec 15; 380(9859): 2163-96.

Trasande L, Wong K, Roy A; Savitz D, and Thurston, G (2013) Exploring prenatal outdoor air pollution, birth outcomes and neonatal health care utilization in a nationally representative sample". J Expo Sci Environ Epidemiol. 2013 May-Jun;23(3):315-21. doi: 10.1038/jes.2012.124. Epub 2013 Jan 23.

Jerrett M, Burnett RT, Beckerman BS, Turner MC, Krewski D, Thurston G, Martin R, von Donkelaar A, Hughes E, Shi Y, Gapstur SM, Thun MJ, Pope CA 3rd. (2013) Spatial Analysis of Air Pollution and Mortality in California. Am J Respir Crit Care Med. Sep 1;188(5):593-9. PMID: 23805824

Murray CJ, Abraham J, Ali MK, Alvarado M, et al. (2013) US Burden of Disease Collaborators. The State of US Health, 1990-2010: Burden of Diseases, Injuries, and Risk Factors. JAMA. 2013 Aug 14;310(6):591-608. PMID: 23842577.

Lippmann M, Chen LC, Gordon T, Ito K, Thurston GD. (2013) National Particle Component Toxicity (NPACT) Initiative: Integrated epidemiologic and toxicologic studies of the health effects of particulate matter components. Res Rep Health Eff Inst. 2013 Oct;(177): 5-13.

Rice MB, Thurston GD, Balmes JR, Pinkerton KE. Climate Change: A Global Threat to Cardiopulmonary Health. Am J Respir Crit Care Med. 2014 Mar 1;189(5):512-9.

Vilcassim MJ, Thurston GD, Peltier RE, Gordon T. Black Carbon and Particulate Matter (PM2.5) Concentrations in New York City's Subway Stations. Environ Sci Technol. 2014 Dec 16;48(24):14738-45.

Solenkova NV, Newman JD, Berger JS, Thurston G, Hochman JS, Lamas GA. Metal pollutants and cardiovascular disease: mechanisms and consequences of exposure. Am Heart J. 2014 Dec;168(6):812-22.

Sarfaty M, Bloodhart B, Ewart G, Thurston GD, Balmes JR, Guidotti TL, Maibach EW. American Thoracic Society Member Survey on Climate Change and Health. Ann Am Thorac Soc. 2014 Dec 23. [Epub ahead of print]

Newman JD, Thurston GD; Cromar K; Guo, Yu; Rockman, Caron B; Fisher, Edward A; Berger, Jeffrey S. Particulate Air Pollution and Carotid Artery Stenosis. Journal of the American College of Cardiology. 2015:1-5.

Naghavi M; Wang H; Lozano R, et al., Global, regional, and national age-sex specific all-cause and cause-specific mortality for 240 causes of death, 1990-2013: a systematic analysis for the Global Burden of Disease Study 2013. Lancet. 2015:385(9963):117-171.

Mirowsky J. E., Jin L; Thurston G, Lighthall D, Tyner T, Horton L, Galdanes K, Chillrud S, Ross J, Pinkerton K, Chen LC, Lippmann M, Gordon T. In vitro and in vivo toxicity of urban and rural particulate matter from California. 2015-04-10; 1352-2310, Atmospheric Environment (Oxford) - id: 1522182.

# Exhibit T2 to Thurston Report

*Environmental Benefits Mapping and Analysis Program – Community Edition (BenMAP-CE) Training*

**George Thurston**

*NYU School of Medicine*

*Has satisfactorily completed the US Environmental Protection Agency's "Environmental Benefits Mapping and Analysis Program – Community Edition (BenMAP-CE) Training" workshop.*

August 24, 2014

International Society for Environmental Epidemiology Conference, Seattle, WA

*Jennifer M. Lloyd, Training Instructor*

Neal Fann
*BenMAP-CE Program Manager*

# Exhibit T3 to Thurston Report

Table 2
Annual Multi-State Human Health Effects and Monetary Violations of Benefits Associated with VW, by Plant

Table 2
Annual Multi-State Human Health Effects and Monetary Violations of Benefits Associated with VW, by State

Table 3
Monetary Violations of Benefits Associated with VW, by Major Metropolitan Area and Plant

## DECLARATION OF HUDA FASHHO

I, Huda Fashho, state and declare as follows:

1.      I am a Sierra Club employee.  My title is Associate Director, Member Care.  I have held this position for approximately five years.

2.      In my role, I manage aspects of Sierra Club's customer service functions related to members, including maintaining an accurate list of members and managing the organization's member databases.

3.      When a person becomes a member of Sierra Club, that person's current residential address is recorded in our membership database.  This database is regularly updated to add new members, reflect address changes, and change membership status for those who are no longer active members.

4.      Sierra Club currently has 731,431 members, including 25,546 members in Texas.  Of those Texas Sierra Club members, several dozen Sierra Club members reside in Freestone, Anderson, Rusk, Panola, and Titus Counties—the counties that EPA has designated as being in nonattainment with the 2010 National Ambient Air Quality Standard for sulfur dioxide. Another 1,822 Sierra Club members reside in the City of Dallas.

5.      The Sierra Club is a national non-profit member-based public interest organization incorporated under the laws of the State of California, with its principal place of business in San Francisco, CA.  It is a recognized not-for-profit corporation under Section 501(c)(3) and (c)(4) of the U.S. Internal Revenue Code.  Sierra Club is further subdivided into local chapters,

groups, committees, and task forces, with a presence in every state in the Nation.

6.      The Sierra Club's mission is to explore, enjoy, and protect the wild places of the earth; to practice and promote the responsible use of the Earth's resources and ecosystems; to educate and enlist humanity to protect and restore the quality of the natural and human environment; and to use all lawful means to carry out those objectives. Its activities also include public education, advocacy, and litigation to enforce environmental laws.

7.      For decades, Sierra Club has worked to enact, strengthen, enforce, and help implement the Clean Air Act and its regulations to reduce air pollution and protect air quality across the United States, including to protect public health and air quality national and regional parks, forests, wilderness areas, and communities where our members live, work, and recreate.

8.      Our members are also very concerned about adverse impacts to human health and the environment from harmful air pollution, including pollution from coal-fired power plants, such as sulfur dioxide, particulate matter, and other toxic or dangerous pollutants.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on March 15, 2017.

Huda Fashho

# DECLARATION OF CHRISTINE GULDI

1.      My name is Chistine Guldi.  I am of legal age and competent to give

this declaration.  All information herein is based on my own personal

knowledge unless otherwise indicated.

2.      I live in Dallas, Texas.  I have lived in Dallas since 1974.

3.      I am an active member of the Sierra Club, and currently serve as the

conservation co-chair for the Dallas Group of the Lone Star Chapter of the

Sierra Club.  I became a Sierra Club member because of my long-standing

interest in a clean environment, and Sierra Club's long history of advocacy

for cleaner air.  My husband also serves as the conservation co-chair of the

Dallas Group.

4.      The Dallas Group has been very active in protecting air quality in

Dallas and throughout Texas.  We frequently engage in state and federal

rulemakings, such as Clean Air Act implementation plans and air permitting,

which involve air pollution issues from sources both in and outside of the

Dallas-Fort Worth metro area.  In my role as the conservation co-chair of the

Dallas Group, I help facilitate the drafting of legal and technical comments,

attend public hearings, facilitate member awareness and participation, and,

when appropriate, litigation relating to various permitting decisions,

implementation plans, and other issues that impact air quality in the Dallas area.

5.    I am an active person, and I like to spend time outdoors walking, hiking, camping, or simply relaxing.  I am also a grandmother, and love to spend time outside playing with my grandchildren or watching their play.

6.    However, I am limited in my ability to spend time outside doing any kind of physical activity due mild asthma.  I take medication to keep potential asthma episodes in check, and I usually take other precautions, like staying indoors on bad air days that might trigger an attack.

7.    In the Dallas area, there are often pollution alerts, especially during the summer months, during which I will try to leave town or significantly limit my time outdoors.  On these high pollution days, I definitely notice that it is more difficult for me to breathe outside for extended periods of time especially if doing so requires physical exertion.

8.    To avoid potential asthma attacks, I closely monitor air pollution levels, carry an emergency inhaler and avoid physical activity or going outside on days when levels are high.

9.    Before I moved to Dallas I came here for work a few times in 1973 and was impressed by the high, clear Texas sky I saw then. I never see that sky anymore. The Dallas area has failed to meet clean air safeguards for

decades, and beyond my own personal asthma issues, I would like for the sky to be clear and to feel like the air in our community is healthy. I am also concerned for the health of my nine grandchildren and future generations. I want the air in our community to be as clean as possible.

10.     Based on my experience as Sierra Club's conservation co-chair, and from studying public information, it is my understanding that sulfur dioxide pollution from industrial sources such as coal-burning power plants can harm human health. I am also aware that sulfur dioxide pollution may travel long distances, and that it can also form fine particulate matter, which is harmful to human health in numerous ways can aggravate asthma and other adverse respiratory and cardiovascular impacts. It is also my understanding that, like sulfur dioxide, particulate matter pollution can be carried far downwind and contributes to poor air quality in places like Fort Worth and Dallas.

11.     Based on air modeling reports, it is also my understanding that sulfur dioxide and associated particulate matter from a handful of coal-fired power plants in East Texas, including the Big Brown, Martin Lake, Monticello, and Limestone power plants, have significant adverse impacts to air quality and public health in the Dallas-Fort Worth area.

12.    Since my family and I breathe the air in the greater Dallas area, I am likely exposed to air pollution from those coal-burning plants.

13.    Given my chronic asthma, I am gravely concerned about my exposure to excess and harmful sulfur dioxide and particulate matter pollution from those East Texas coal plants because it can endanger my health and it contributes to the smoggy skies in the Dallas area.  I am equally concerned about my family's exposure to poor air quality as a result of pollution from those coal plants.

14.    As the Sierra Club Dallas Group's conservation co-chair, I am aware that the U.S. Environmental Protection Agency ("EPA") recently determined that the counties surrounding the Big Brown, Martin Lake, and Monticello coal-fired power plants fail to comply with the National Ambient Air Quality Standard ("NAAQS") for sulfur dioxide.  As I understand it, this so-called "nonattainment" designation essentially means that the air immediately surrounding those plants is unsafe to breathe.

15.    However, it is also my understanding that air quality in the Dallas-Fort Worth area will benefit from EPA's nonattainment designations because the rule will ultimately require major sources of pollution in the nonattainment areas to reduce their sulfur dioxide pollution to ensure compliance with national health-based standard.  These reductions in sulfur

dioxide pollution will not only improve air quality immediately surrounding those plants, but will also reduce the amount of harmful sulfur dioxide and related particulate matter in downwind communities like the Dallas area, which means cleaner, healthier air for me, my family, and my community to breathe.  I strongly support these aspects of EPA's nonattainment designations.

16.     If EPA's sulfur dioxide rule is rescinded, weakened, or set aside, I will lose these the benefit of breathing and enjoying cleaner air, and will continue to be exposed to excessive pollution that aggravates my respiratory illness and causes me harm.

17.     I understand that Texas and the owners or operators of the Big Brown , Martin Lake, and Monticello power plants have filed suit challenging EPA's nonattainment designations, and that Sierra Club is intervening to defend EPA's rule.  To protect my health, I support Sierra Club's legal efforts to require the state and those power plants to implement all legally required steps to ensure that sulfur dioxide pollution does not exceed safe levels.

Pursuant to U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  March 12 2017.        _____
                                            Christine A. Guldi

# DECLARATION OF ARTHUR KUEHNE

1. My name is Arthur Kuehne and I am of legal age and competent to give this declaration. All information herein is based on my own personal knowledge unless otherwise indicated.

2. I live in Quinlan, Hunt County, TX. I have lived at my current address for approximately two years.  I moved to Quinlan a few years ago. Before then, I lived in Dallas, TX.

3. I am an avid outdoor person, and have been an active member of the Sierra Club and have been a member since 1978.  I have held numerous leadership positions throughout the years, including Chair and Vice-Chair, for both the state Lone Star Chapter and the local Dallas Group. I have been an outings leader for the Dallas Group for approximately thirty years. Currently, I am the Treasurer of the Dallas Group.  I became a member of the Sierra Club because I love the outdoors, and I support Sierra Club's mission to protect the environment and the public from the impacts of pollution.

4. Given the number of years that I've served in various volunteer capacities with the Sierra Club in Texas, I am, in many ways, responsible for the collective and institutional memory of the Dallas Group.  Over the years, the Dallas Group has been, and continues to be, particularly active with respect

1

to air pollution issues affecting the Dallas area, which has chronic and well known air quality problems caused by numerous industrial sources, such as cement kilns, refineries, and nearby coal-burning power plants.  Indeed, the Dallas area has never complied with Clean Air Act safeguards for smog (also known as ozone), and the air quality problems in the area are exacerbated by sulfur dioxide and particulate matter pollution from a number of sources, both in and outside the Dallas-Fort Worth metro area.

5. To help mitigate those air quality problems, Sierra Club's Dallas Group frequently engages in state and federal rulemakings, such as Clean Air Act implementation plans and air permitting, which involve air pollution issues from sources both in and outside of the Dallas-Fort Worth metro area.  For example, we often submit legal and technical comments through the public comment process, attend public hearings, encourage member awareness advocacy, and occasionally engage in litigation relating to particular implementation plans or air permits that fail to adequately protect air quality in the Dallas area.

6. The Dallas Group is also actively committed to protecting air quality throughout Texas, including in special places like the national parks.  As an outings leader for the Dallas Group, I help plan, organize, and lead a variety of outdoor trips for Sierra Club members. For all but two of approximately

the past 30 years, I have been an outings leader on an annual multi-day camping and hiking trip to Big Bend National Park. The trips include up to 40 Sierra Club members or supporters.

7. On many of these trips, we discuss our concerns about air pollution in the park, and throughout Texas, caused by large fossil-fuel power plants. Indeed, while Big Bend sometimes has some of the most beautiful views and scenic vistas in the state, those views are, at other times, impacted by hazy air pollution, which decreases my enjoyment of the park and its vistas and scenic views. It is disheartening to see the effects of haze pollution, and I am concerned about its impact on Big Bend as well as on my health and public health generally.

8. As a long-time advocate and Sierra Club member in the Dallas area, I understand that pollution from a handful of coal-burning power plants in East Texas—such as the Big Brown, Martin Lake, and Monticello power plants—are responsible for air pollution impacts to both the Dallas area and places like Big Bend National Park, as well as other cities, wilderness areas, and national parks in Texas and nearby states.

9. It is my understanding that sulfur dioxide pollution from the East Texas coal-fired power plants causes air quality problems, not only in the communities immediately surrounding those power plants, but in

3

communities many miles away, like the Dallas area and in the national parks.

10. It is also my understanding that sulfur dioxide pollution from these coal plants contributes to the formation of particulate matter pollution, which causes a whole host of health problems, and can drift long distances downwind in the atmosphere and exacerbate air quality problems in Dallas and national parks like Big Bend.

11. In fact, I am aware that EPA has proposed and finalized Clean Air Act implementation plans requiring those three power plants to reduce sulfur dioxide pollution specifically because of the impacts of those plants' emissions to Big Bend National Park. I have also reviewed air modeling reports that demonstrate that sulfur dioxide pollution from the East Texas coal plants negatively impact air quality in the Dallas area and throughout the region.

12. Given the air pollution impacts to the greater Dallas area and places like Big Bend National Park, I believe I am likely exposed to sulfur dioxide and particulate matter pollution from those East Texas coal plants, including the Big Brown, Martin Lake, and Monticello power plants, each of which is virtually uncontrolled for sulfur dioxide emissions.

13. I am not only concerned about being personally exposed to excess and harmful sulfur dioxide and particulate matter pollution caused by the East Texas coal plants, including Big Brown, Martin Lake, and Monticello, but I am concerned by the negative visibility impacts caused by pollution from those power plants at places like Big Bend.

14. Air pollution in both the Dallas and Big Bend areas not only decreases my aesthetic enjoyment of those places, because the air is visibly dirty, but it also impairs my recreational enjoyment of those places, because I am less likely to want to go hiking or spend time outdoors.  I am also seriously concerned about the potential health impacts of breathing excessive air pollution.

15. It is my understanding that the U.S. Environmental Protection Agency ("EPA") recently designated the counties surrounding the Big Brown, Martin Lake, and Monticello power plants as failing to comply with, or being in "nonattainment" with, the National Ambient Air Quality Standard ("NAAQS") for sulfur dioxide.

16. As I understand it, air quality in both the greater Dallas area near my home, and in places like Big Bend National Park, will ultimately benefit from EPA's nonattainment designations.  The designations mean that major sources of pollution in the nonattainment areas, such as the Big Brown,

5

Martin Lake, and Monticello power plants, will be required to reduce their sulfur dioxide emissions to ensure compliance with NAAQS. EPA's rule will result in less sulfur dioxide pollution from those specific power plants, which means less sulfur and particulate matter pollution travelling downwind to the greater Dallas area, where I live, and less haze-causing pollution travelling to places like Big Bend National Park. Accordingly, I support EPA's rule because it will not only result in cleaner, healthier air in my community, but it will help improve air quality in special places like Big Bend.

17. If EPA's designations are set aside, I will not only lose the benefit of breathing and enjoying cleaner air at my home and in my community, but I will be exposed to excessive air pollution in Big Bend, which impairs visibility, and thus impairs my enjoyment of the park.

18. I understand that Texas and the operators of the Big Brown, Martin Lake, and Monticello power plants have filed a lawsuit challenging EPA's nonattainment designations, and that Sierra Club is intervening to defend EPA's rule. To protect my health and recreational and aesthetic enjoyment of my community and Big Bend, I support Sierra Club's lawsuit in order to require Texas to ensure that pollution from those East Texas power plants does not exceed safe levels.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the

forgoing is true and correct.

Executed on March _14_, 2017.

Arthur Kuehne

## DECLARATION OF BARBARA LAWRENCE

I, Barbara Lawrence, declare as follows:

1.      My name is Barbara Lawrence.  I am over 21 years of age and
competent to give this declaration.  All of the information contained in this
declaration is based on my own personal knowledge unless otherwise indicated.

2.      I am a Sierra Club member and have been a member continuously
since 2006.

3.      My husband and I moved to our home at 286 Lincoln Drive,
Streetman, Texas, 75859, in 2004.  Our home is located in Freestone County, on
Richard Chambers Reservoir, approximately 10 miles northwest, as the crow flies,
from the Big Brown Steam Electric Station ("Big Brown plant").  The predominant
winds in our area are from south to north, so we live in the path of air pollution
from the Big Brown plant.

4.      We moved to our current home for retirement because we wanted to
live in a rural area with clean air and to enjoy an outdoor lifestyle.  We were not
aware of air pollution problems from the Big Brown plant when we moved to the
Richland Chambers area.

5.      I am very concerned that air pollution from the Big Brown plant
impacts the heath of everyone in our community, including myself and my
husband.  My husband and I are in the age group most susceptible to the health

effects of air pollution, including heart disease, asthma, and other respiratory ailments.  In fact, since moving to the Richland Chambers area, my husband has developed respiratory problems that require him to sleep with an oxygen machine, take breathing treatments and use a Smartvest Airway Clearance System to break up congestion in his lungs.  The longer we live here, the worse his respiratory problems get.  When we drive into nearby Fairfield, Texas, which is even closer to the Big Brown power plant, my husband sometimes notices even greater difficulty breathing, which makes me even more concerned about his health and makes me want to avoid spending time in the vicinity of the power plant.  I am also concerned about my grandchildren breathing clean air when they come visit us.

6.      I drive back and forth to Fairfield, Texas approximately three to four times a week to run errands, go to the gym, etc.   I pass the Big Brown power plant and I can sometimes see black smoke coming from the direction of the Big Brown Plant   On these drives, I am concerned about the hazards of breathing pollution from the plant.  I know that the plant emits pollutants like particulate matter, sulfur dioxide, nitrogen oxides, and other pollutants that are known to be harmful to human health.

7.      I have smelled a rotten-egg type smell in the vicinity of the Big Brown power plant while driving to and from Fairfield, as well as in my own backyard and when I am out walking the dog in my neighborhood.  It is my

2

understanding that this can be an indication of sulfur dioxide pollution, and I am concerned about the pollution's impacts on my health and the health of my husband and grandchildren.

8.     The main attraction of moving to the area was the proximity to the Richland Chambers Reservoir, the third largest lake in Texas, a retirement and recreational community and a lake known throughout the state for the quality of its fishing.  My family, neighbors, and I fish in Richland Chambers Reservoir and eat our catch.  It is my understanding that in addition to pollutants like sulfur dioxide, coal burning power plants like Big Brown also emit mercury pollution leaves the power plant as particulate pollution through the smokestacks and settles into nearby water bodies, including the Richland Chambers Reservoir.  As a result, I am concerned about the mercury in the fish, and the health impacts of consuming the fish.  I am also concerned that if the Big Brown power plant does not reduce its pollution, the lake will soon become a "No Fishing" lake due to high mercury levels in the fish.

9.     I became a Sierra Club member in part because of my concerns about air pollution from the Big Brown power plant and Sierra Club's work to enforce the Clean Air Act in Texas.  I want the air around the Big Brown power plant to clean and healthy as possible.  I want Big Brown to install modern pollution control equipment to reduce the pollution coming out of the smokestacks.

3

10.    I believe that people in my community, including me and my family, are being exposed to excessive and unsafe levels of sulfur dioxide pollution from the Big Brown power plant, and it is my understanding that there are modern pollution controls that the Big Brown could install that would significantly reduce the amount of harmful sulfur dioxide (as well as mercury, particulate matter, and other pollutants) coming out of the smokestacks.  I also understand that $SO_2$ pollution and related particulate matter pollution may travel long distances.

11.    I understand that the U.S. EPA recently designated part of Freestone and Anderson counties, Texas as failing to attain EPA's health-based National Ambient Air Quality Standard ("NAAQS") for sulfur dioxide.  I also understand that this designation will eventually require sources of pollution in the nonattainment area, including the Big Brown power plant, to reduce their sulfur dioxide emissions to ensure compliance with national health-based standard.  I support this aspect of EPA's rule because I believe it will result in cleaner, healthier air for me, my family, and my community to breathe.  If EPA's designation is set aside or delayed, I will lose these benefits and the prospect of breathing and enjoying cleaner air.

12.    To protect my health and the health of my family and friends, I support Sierra Club's legal efforts to defend EPA's nonattainment designations,

4

and to force EPA and the State of Texas to take all legally required steps to ensure that sulfur dioxide pollution does not exceed safe levels in my community.

13.    It is my understanding, however, that EPA's final nonattainment designation applies to a smaller geographic area than the agency had initially proposed.  It is also my understanding that Sierra Club submitted to EPA expert analysis, conducted using EPA-approved air modeling, that demonstrated that another nearby coal-burning power plant called Limestone Electric Generating Station also emits harmful levels of sulfur dioxide pollution, which impacts my community.  Sierra Club's modeling showed that, together with pollution from the Big Brown power plant, the Limestone power plants is also causing or contributing to exceedances of EPA's sulfur dioxide standard across Freestone County and into adjacent Limestone County.

14.    From reviewing that report, I understand that if EPA had considered Sierra Club's Limestone modeling report, the final nonattainment area should have been larger in size and should have encompassed not only the Limestone power plant itself, but that the nonattainment area would have encompassed my home and property on the Richard Chambers Reservoir.  Under EPA's final designation, my home is right on the edge of the Big Brown nonattainment area.

15.    It is my understanding that if EPA had properly considered the Limestone power plant's pollution, the Limestone coal plant would also be

required to reduce its sulfur dioxide pollution in addition to the likely pollution

reductions at the Big Brown plant itself.  I believe that reductions from the

Limestone plant in addition to Big Brown would result in even cleaner, healthier

air for me, my family, and my community.  Those pollution reductions would

improve air quality on my property and on the Richard Chambers Reservoir, and

thus would improve my enjoyment of my own property and the reservoir.

16.     It is also my understanding that in declining to consider pollution

from the Limestone power plant, EPA departed from its own regulations and a

court order that required the agency to consider pollution impacts from all

contributing sources.  If EPA had followed those requirements, the Limestone coal

plant would have been required to reduce its sulfur dioxide pollution.

17.     I also believe that by narrowing the scope of the nonattainment area

around Big Brown, which means that areas of Richard Chambers Reservoir and my

property are deemed in compliance with the health-based standards, EPA provided

a misleading or incomplete characterization of the air quality around my home and

on the reservoir as being healthy and clean.  This leaves the impression that

breathing the air on and around the reservoir is healthy when, in fact, it is not.

18.     To protect my health, my family's health, and the health of our

community, I strongly support Sierra Club's lawsuit to require EPA to reconsider

and expand its nonattainment designation and take all legally required steps to

ensure that sulfur dioxide pollution does not exceed safe levels in my community, and that the community is properly informed of the extent of the air quality harms caused by the Big Brown and Limestone power plants.

Pursuant to U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: 3/13/17

Barbara Lawrence