# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

March 05, 2024

Mr. Ryan Baasch  
Office of the Attorney General  
Consumer Protection Division  
P.O. Box 12548 (MC-010)  
Austin, TX 78711-2548

Mr. Thomas Joseph Cmar  
Earthjustice  
6608 Wooster Pike  
Cincinnati, OH 45227

Mr. John Richard Hulme  
Office of the Attorney General of Texas  
Environmental Protection Division  
P.O. Box 12548 (MC-066)  
Austin, TX 78711-2548

Mr. Jeffrey Prieto  
Environmental Protection Agency  
Office of General Counsel  
1200 Pennsylvania Avenue, N.W.  
William Jefferson Clinton Building  
Washington, DC 20460

Mr. Perry M. Rosen  
U.S. Department of Justice  
Environment & Natural Resources Division  
P.O. Box 7611  
Washington, DC 20044-7611

    No. 17-60088    State of Texas v. EPA  
                           Agency No. 81 Fed. Reg. 89,870  
                           Agency No. 86 Fed. Reg. 34,141  
                           Agency No. 86 Fed. Reg. 34,187

Dear Counsel:

The court has requested a response to the Luminant Petitioners' Petition for rehearing en banc be filed in this office on or before March 15, 2024.

Sincerely,

LYLE W. CAYCE, Clerk

By: /s/ WM Jett
Whitney M. Jett, Deputy Clerk
504-310-7772

cc:
    Ms. Julia Blair Barber
    Mr. Philip Stephen Gidiere III
    Ms. Allyson Newton Ho
    Mr. Daniel Jude Kelly
    Mr. Carl Grady Moore III
    Ms. Stephanie Zapata Moore
    Ms. Lisa Katherine Perfetto
    Mr. Joshua Smith